AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

VALERIE GEORGE, as Administrator and Personal Representative of the
ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal
Representatives for Jaida George and Ryan George, Jr.; VALERIE
GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually
           Plaintiff
              v.                           )   Civil Action No.
     COUNTY OF SONOMA                      )
           Defendant                       )

E-filing

CV 08 2675

EDL

**Summons in a Civil Action**

To:   County of Sonoma
         (Defendant's name)

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Sanford Wittels & Heisler, LLP
950 Third Ave., 10th floor
New York, NY 10022

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAY 28 2008

MARY ANN BUCKLEY
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on County of Sonoma, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Starlene Boyer, Deputy County Clerk, 575 Administration Dr., Room 102A, Santa Rosa, CA 95403

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ N/A for travel and $ 35.00 for services, for a total of $ 0.00 35.00

Date: June 16, 2008 13:30 p.m.

_Jeff DiCello_
Server's signature

Jeff Dicello, Paralegal
Printed name and title

5044 Charmian Dr.
Santa Rosa, CA 95409
Server's address

Documents served: 1) Summons; 2) Complaint; 3) Order Setting Initial Case Management Conference and ADR Deadline; 4) Standing Order of Judge Elizabeth Laporte; 5) Standing Order Re: Case Management Conference by Judge Laporte; & 6) Standing Order for all judges for Northern District of California