1 | BARRY VOGEL, STATE BAR NO. 108640
LARRY THORNTON, STATE BAR NO. 232265
2 | **LA FOLLETTE, JOHNSON,**
**DE HAAS, FESLER & AMES**
3 | 655 University Avenue, Suite 119
Sacramento, California  95825
4 | Phone:          (916) 563-3100
Facsimile:     (916) 565-3704
5 | E-mail:         lthornton@ljdfa.com

6 | Attorneys for Defendant,
SUTTER HEALTH and SUTTER MEDICAL CENTER OF SANTA ROSA

7 |

8 |                    UNITED STATES DISTRICT COURT

9 |                    NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | VALERIE GEORGE, as Administrator and )   CASE NO.: 3:08-cv-02675-EDL
Personal Representative of THE ESTATE )
12 | OF RYAN GEORGE; VALERIE GEORGE )    **STIPULATION AND [PROPOSED]**
and TAJMAH BEAUCHAMP, as Legal )     **ORDER TO FILE RESPONSIVE**
13 | Representatives for Jaida George and Ryan )  **PLEADING AFTER PLAINTIFFS FILE**
George, Jr.; VALERIE GEORGE, )               **AMENDED COMPLAINT**
14 | Individually; DONALD GEORGE; and )
TAJMAH BEAUCHAMP, Individually,   )
15 |                                                                    )
                         Plaintiffs,                        )
16 |                                                                    )
v.                                                                 )
17 |                                                                    )
                                                                       )
18 | SONOMA   COUNTY   SHERIFF'S )
DEPARTMENT;  BILL  COGBILL;)
19 | COUNTY OF SONOMA; CALIFORNIA)
FORENSIC  MEDICAL  GROUP,  INC.;)
20 | MICHAEL E. DAGEY, R.N.; ELIZABETH)
KAISER; JAMES   LUDERS, M.D.;)
21 | LAURA   RODRIGUEZ;   SUTTER)
HEALTH; SUTTER MEDICAL CENTER)
22 | OF SANTA ROSA; and DOES 1 through)
25, inclusive,                                              )
23 |                                                                    )
                                                                       )
24 |                         Defendants.                  )
_____)
25 |

26 |           SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED BY

27 | AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL OF

28 | RECORD:

---

1

STIPULATION AND [PROPOSED] ORDER                                         3:08-cv-02675-EDL

1. Plaintiffs' Complaint was filed on May 28, 2008.

2. Service has been made on Sutter Medical Center of Santa Rosa, Sutter Health, Sonoma County Sheriff's Department, Bill Cogbill and County of Sonoma.

3. Counsel have met and conferred regarding the Complaint, and plaintiffs have agreed to file an Amended Complaint.

4. Responsive pleadings for defendants Sutter Medical Center of Santa Rosa, Sutter Health, Sonoma County Sheriff's Department, Bill Cogbill and County of Sonoma will not be due until 20 days after plaintiffs file and serve an Amended Complaint.

**SO STIPULATED.**

DATED: July _2_, 2008                LA FOLLETTE, JOHNSON, DE HAAS,
                                     FESLER & AMES

                                     By:_____/s/_____
                                        LARRY THORNTON, ESQ.
                                        Attorneys for Defendants SUTTER HEALTH
                                        and SUTTER MEDICAL CENTER OF
                                        SANTA ROSA

DATED: July _2_, 2008                SPAULDING McCULLOUGH & TANSIL, LLP

                                     By:_____/s/_____
                                        TERRY S. STERLING, ESQ.
                                        Attorneys for Defendants SONOMA
                                        COUNTY SHERIFF'S DEPARTMENT,
                                        BILL COGBILL and COUNTY OF
                                        SONOMA

DATED: July _2_, 2008                SANFORD WITTELS & HEISLER, LLP

                                     By:_____/s/_____
                                        STEVEN WITTELS, ESQ.
                                        Attorneys for PLAINTIFFS

///

///

DATED: July ___, 2008              LAW OFFICE OF TANYA BRANNAN

                                    By:_____/s/_____
                                          TANYA BRANNAN, ESQ.
                                          Attorneys for PLAINTIFFS

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2008          _____
                                    The Honorable ELIZABETH D. LAPORTE
                                    UNITED STATES MAGISTRATE JUDGE

Re: **GEORGE v. SUTTER MEDICAL CENTER OF SANTA ROSA, ET AL.**
United States District Court Case No.: CV 08 2675 EDL

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 655 University Avenue, Suite 119, Sacramento, California 95825. I am employed in the City and County of Sacramento where this service occurs. I am over the age of 18 years and not a party to the within action.

On July 2, 2008, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER TO FILE RESPONSIVE PLEADING AFTER PLAINTIFFS FILE AMENDED COMPLAINT**

[X] **BY ELECTRONIC FILING USING THE COURT'S ELECTRONIC FILING SYSTEM** which constitutes service of the filed document on the addressee(s) listed below:

| | |
|---|---|
| Steven L. Wittels<br>SANFORD WITTELS & HEISLER, LLP<br>950 Third Avenue, 10th Floor<br>New York, NY 10022<br>646-723-2947<br>646-723-2948 Fax<br>E-mail: swittels@nydclaw.com<br>**Lead Counsel for Plaintiffs** | Tanya Brannan<br>LAW OFFICE OF TANYA BRANNAN<br>419 Orchard Street<br>P. O. Box 3064<br>Santa Rosa, CA 95402<br>707-887-0865<br>E-mail: brannanlaw@comcast.net<br>**Co-Counsel for Plaintiffs** |

Terry S. Sterling, Esq.
SPAULDING, McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
(707) 524-1900
(707) 524-1906 Fax
E-mail: sterling@smlaw.com

**Counsel for Defendants**
**Sonoma County Sheriff's Dept.,**
**Bill Cogbill and County of Sonoma**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 2, 2008, at Sacramento, California.

_____/s/_____
Kathryn A. DeLisle