1  BARRY VOGEL, STATE BAR NO. 108640
   LARRY THORNTON, STATE BAR NO. 232265
2  **LA FOLLETTE, JOHNSON,**
   **DE HAAS, FESLER & AMES**
3  655 University Avenue, Suite 119
   Sacramento, California  95825
4  Phone:        (916) 563-3100
   Facsimile:    (916) 565-3704
5  E-mail:       lthornton@ljdfa.com

6  Attorneys for Defendant,
   SUTTER MEDICAL CENTER OF SANTA ROSA
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   VALERIE GEORGE, as Administrator and )   CASE NO.: 3:08-cv-02675-EDL
12 Personal Representative of THE ESTATE )
   OF RYAN GEORGE; VALERIE GEORGE )          **CERTIFICATION OF INTERESTED**
13 and TAJMAH BEAUCHAMP, as Legal )          **ENTITIES OR PERSONS**
   Representatives for Jaida George and Ryan )
14 George, Jr.;  VALERIE  GEORGE, )
   Individually; DONALD GEORGE; and )
15 TAJMAH BEAUCHAMP, Individually,      )
                                        )
16         Plaintiffs,                  )
                                        )
17 v.                                   )
                                        )
18                                      )
   SONOMA COUNTY SHERIFF'S )
19 DEPARTMENT; BILL COGBILL; )
   COUNTY OF SONOMA; CALIFORNIA )
20 FORENSIC MEDICAL GROUP, INC.; )
   MICHAEL E. DAGEY, R.N.; ELIZABETH )
21 KAISER; JAMES LUDERS, M.D.; )
   LAURA RODRIGUEZ; SUTTER )
22 HEALTH; SUTTER MEDICAL CENTER )
   OF SANTA ROSA; and DOES 1 through )
23 25, inclusive,                       )
                                        )
24                                      )
           Defendants.                  )
25                                      )
   _____ )
26

27         Pursuant to Civil L.R. 3–16, the undersigned certifies that the following listed persons,

28 associations of persons, firms, partnerships, corporations (including parent corporations) or other

---

1

entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Joseph N. Matel, M.D.  Dr. Matel is a physician who was involved in the care of decedent Ryan K. George while Mr. George was a patient at Sutter Medical Center of Santa Rosa. Physicians are not employees of Sutter Medical Center of Santa Rosa, but are independent contractors with hospital privileges.

2. Edward W. Hard, M.D.  Dr. Hard is a physician who was involved in the care of decedent Ryan K. George, while Mr. George was a patient at Sutter Medical Center of Santa Rosa. Physicians are not employees of Sutter Medical Center of Santa Rosa, but are independent contractors with hospital privileges.

3. Angus Matheson, M.D.  Dr. Matheson is a physician who was involved in the care of decedent Ryan K. George while Mr. George was a patient at Sutter Medical Center of Santa Rosa.  Physicians are not employees of Sutter Medical Center of Santa Rosa, but are independent contractors with hospital privileges.

4. Alvaris Duffis, Jr., M.D.  Dr. Duffis is a physician who was involved in the care of decedent Ryan K. George while Mr. George was a patient at Sutter Medical Center of Santa Rosa.  Physicians are not employees of Sutter Medical Center of Santa Rosa, but are independent contractors with hospital privileges.

5. Norick Janian, M.D.  Dr. Janian is a physician who was involved in the care of decedent Ryan K. George while Mr. George was a patient at Sutter Medical Center of Santa Rosa. Physicians are not employees of Sutter Medical Center of Santa Rosa, but are independent contractors with hospital privileges.

///

///

///

6. Richard Flinders, M.D. Dr. Flinders is a physician who was involved in the care of decedent Ryan K. George while Mr. George was a patient at Sutter Medical Center of Santa Rosa. Physicians are not employees of Sutter Medical Center of Santa Rosa, but are independent contractors with hospital privileges.

Dated: July 2, 2008

LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES

By:_____/s/_____
LARRY THORNTON
Attorney for Defendant,
SUTTER MEDICAL CENTER OF SANTA ROSA

Re: **GEORGE v. SUTTER MEDICAL CENTER OF SANTA ROSA, ET AL.**
United States District Court Case No.: CV 08 2675 EDL

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 655 University Avenue, Suite 119, Sacramento, California 95825. I am employed in the City and County of Sacramento where this service occurs. I am over the age of 18 years and not a party to the within action.

On July 2, 2008, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

[x] **BY ELECTRONIC FILING USING THE COURT'S ELECTRONIC FILING SYSTEM** which constitutes service of the filed document on the addressee(s) listed below:

| | |
|---|---|
| Steven L. Wittels, Esq.<br>SANFORD WITTELS & HEISLER, LLP<br>950 Third Avenue, 10th Floor<br>New York, NY 10022<br>646-723-2947<br>646-723-2948 Fax<br>E-mail: swittels@nydclaw.com<br>**Lead Counsel for Plaintiffs** | Tanya Brannan, Esq.<br>LAW OFFICE OF TANYA BRANNAN<br>419 Orchard Street<br>P. O. Box 3064<br>Santa Rosa, CA 95402<br>707-887-0865<br>E-mail: brannanlaw@comcast.net<br>**Co-Counsel for Plaintiffs** |

Terry S. Sterling, Esq.
SPAULDING, McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
(707) 524-1900
(707) 524-1906 Fax
E-mail: sterling@smlaw.com

**Counsel for Defendants**
**Sonoma County Sheriff's Dept.,**
**Bill Cogbill and County of Sonoma**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 2, 2008, at Sacramento, California.

_____/s/_____
Kathryn A. DeLisle