1  BARRY VOGEL, STATE BAR NO. 108640
   LARRY THORNTON, STATE BAR NO. 232265
2  **LA FOLLETTE, JOHNSON,**
   **DE HAAS, FESLER & AMES**
3  655 University Avenue, Suite 119
   Sacramento, California  95825
4  Phone:      (916) 563-3100
   Facsimile:  (916) 565-3704
5  E-mail:     lthornton@ljdfa.com

6  Attorneys for Defendant,
   SUTTER HEALTH and SUTTER MEDICAL CENTER OF SANTA ROSA

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 VALERIE GEORGE, as Administrator and)    CASE NO.: 3:08-cv-02675-EDL
   Personal Representative of THE ESTATE)
12 OF RYAN GEORGE; VALERIE GEORGE)         **STIPULATION AND [PROPOSED]**
   and TAJMAH BEAUCHAMP, as Legal)         **ORDER TO FILE RESPONSIVE**
13 Representatives for Jaida George and Ryan)  **PLEADING AFTER PLAINTIFFS FILE**
   George, Jr.; VALERIE GEORGE,)           **AMENDED COMPLAINT**
14 Individually; DONALD GEORGE; and)
   TAJMAH BEAUCHAMP, Individually,   )
15                                    )
            Plaintiffs,               )
16                                    )
   v.                                 )
17                                    )
                                      )
18 SONOMA   COUNTY   SHERIFF'S)
   DEPARTMENT;  BILL  COGBILL;)
19 COUNTY OF SONOMA; CALIFORNIA)
   FORENSIC MEDICAL GROUP, INC.;)
20 MICHAEL E. DAGEY, R.N.; ELIZABETH)
   KAISER;  JAMES  LUDERS,  M.D.;)
21 LAURA  RODRIGUEZ;   SUTTER)
   HEALTH; SUTTER MEDICAL CENTER)
22 OF SANTA ROSA; and DOES 1 through)
   25, inclusive,                     )
23                                    )
                                      )
24          Defendants.               )
   _____)
25

26         SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED BY

27 AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL OF

28 RECORD:

                                    1

1.    Plaintiffs' Complaint was filed on May 28, 2008.

2.    Service has been made on Sutter Medical Center of Santa Rosa, Sutter Health, Sonoma County Sheriff's Department, Bill Cogbill and County of Sonoma.

3.    Counsel have met and conferred regarding the Complaint, and plaintiffs have agreed to file an Amended Complaint.

4.    Responsive pleadings for defendants Sutter Medical Center of Santa Rosa, Sutter Health, Sonoma County Sheriff's Department, Bill Cogbill and County of Sonoma will not be due until 20 days after plaintiffs file and serve an Amended Complaint.

**SO STIPULATED.**


DATED: July _2_, 2008                    LA FOLLETTE, JOHNSON, DE HAAS,
                                         FESLER & AMES


                                         By:_____/s/_____
                                            LARRY THORNTON, ESQ.
                                            Attorneys for Defendants SUTTER HEALTH
                                            and SUTTER MEDICAL CENTER OF
                                            SANTA ROSA

DATED: July _2_, 2008                    SPAULDING McCULLOUGH & TANSIL, LLP


                                         By:_____/s/_____
                                            TERRY S. STERLING, ESQ.
                                            Attorneys for Defendants SONOMA
                                            COUNTY SHERIFF'S DEPARTMENT,
                                            BILL COGBILL and COUNTY OF
                                            SONOMA

DATED: July _2_, 2008                    SANFORD WITTELS & HEISLER, LLP


                                         By:_____/s/_____
                                            STEVEN WITTELS, ESQ.
                                            Attorneys for PLAINTIFFS


///

///

1  DATED: July ___, 2008                    LAW OFFICE OF TANYA BRANNAN

2

3                                           By:_____/s/_____
                                               TANYA BRANNAN, ESQ.
4                                              Attorneys for PLAINTIFFS

5

6                              ~~PROPOSED~~ ORDER

7

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10

11  DATED: __ July 3 _____, 2008

12                                           The H_____LAPORTE
                                             UNI_____RATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER                              3:08-cv-02675-EDL

1  Re:  **GEORGE v. SUTTER MEDICAL CENTER OF SANTA ROSA, ET AL.**
       United States District Court Case No.: CV 08 2675 EDL

2

3  _____**PROOF OF SERVICE**_____

4      I am a citizen of the United States.  My business address is 655 University Avenue, Suite 119, Sacramento, California 95825.  I am employed in the City and County of Sacramento where this service occurs.  I am over the age of 18 years and not a party to the within action.

5

6      On July 2, 2008, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

7  **STIPULATION AND [PROPOSED] ORDER TO FILE RESPONSIVE PLEADING AFTER PLAINTIFFS FILE AMENDED COMPLAINT**

8

9  [X]  **BY ELECTRONIC FILING USING THE COURT'S ELECTRONIC FILING SYSTEM** which constitutes service of the filed document on the addressee(s) listed below:

10

11  Steven L. Wittels                           Tanya Brannan
    SANFORD WITTELS & HEISLER, LLP              LAW OFFICE OF TANYA BRANNAN

12  950 Third Avenue, 10th Floor                419 Orchard Street
    New York, NY 10022                          P. O. Box 3064

13  646-723-2947                                Santa Rosa, CA 95402
    646-723-2948 Fax                            707-887-0865

14  E-mail: swittels@nydclaw.com                E-mail: brannanlaw@comcast.net

15  **Lead Counsel for Plaintiffs**             **Co-Counsel for Plaintiffs**

16  Terry S. Sterling, Esq.
    SPAULDING, McCULLOUGH & TANSIL LLP

17  90 South E Street, Suite 200
    P.O. Box 1867

18  Santa Rosa, CA 95402
    (707) 524-1900

19  (707) 524-1906 Fax
    E-mail: sterling@smlaw.com

20

    **Counsel for Defendants**
21  **Sonoma County Sheriff's Dept.,**
    **Bill Cogbill and County of Sonoma**

22

23      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

24

25      Executed July 2, 2008, at Sacramento, California.

26                              _____/s/_____
                                            Kathryn A. DeLisle
27

28