| Clerk's Use Only |
|---|
| Initial for fee pd.: |

David Sanford
1666 Connecticut Avenue., Suite 310
Washington, D.C. 20009
(202) 742-7780



FILED

08 JUL -7 PM 3: 20

RICHARD W. WIEKING


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALERIE GEORGE, as Administrator and Personal Representative of The Estate of Ryan George; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,

Plaintiff(s).

V.

SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP INC.; MICHAEL E. DAGEY, R.N.; ELIZABETH KAISER; JAMES LUDERS, M.D.; LAURA RODRIGUEZ; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; and DOES 1 through 25, inclusive.

Defendant(s).

CASE NO. C 08-02675 EDL

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3,    David Sanford    , an active member in good standing of the bar of    the District of Columbia    , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing    Valerie George et al.    in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Tanya Brannan
419 Orchard Street
Santa Rosa, California 95402
(707) 887-0865

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 3, 2008