**United States District Court**
**For the Northern District of California**

1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing

4   VALERIE GEORGE, as Administrator and Personal Representative
    of The Estate of Ryan George; VALERIE GEORGE and TAJMAH
5   BEAUCHAMP, as Legal Representatives for Jaida George and Ryan
    George, Jr.; VALERIE GEORGE, Individually; DONALD
    GEORGE; and TAJMAH BEAUCHAMP, Individually,

6                          Plaintiff(s),

7                          v.

8   SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL;
    COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP
    INC.; MICHAEL E. DAGEY, R.N.; ELIZABETH KAISER; JAMES
9   LUDERS, M.D.; LAURA RODRIGUEZ; SUTTER HEALTH; SUTTER
    MEDICAL CENTER OF SANTA ROSA; and DOES 1 through 25, inclusive,

10  _____ Defendant(s). _____/

**CASE NO.**  C 08-02675 EDL

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

11          David Sanford                , an active member in good standing of the bar of

12      the District of Columbia,          whose business address and telephone number

13  is

14      1666 Connecticut Avenue, NW., Suite 310
        Washington, D.C. 2009
15      (202) 742-7780                                                    , having applied in the

16  above-entitled action for admission to practice in the Northern District of California on a *pro hac*

17  *vice* basis, representing

18          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20  *vice* . Service of papers upon and communication with co-counsel designated in the application

21  will constitute notice to the party. All future filings in this action are subject to the requirements

22  contained in General Order No. 45, *Electronic Case Filing* .

23

24  Dated:

25                                          Elizabeth D. Laporte
                                            United States Magistrate Judge
26

27

28