| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Steven L. Wittels
950 Third Avenue, 10th Floor
New York, New York 10022
(646) 723-2947

**FILED**
08 JUL -8 PM 3: 18
[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

VALERIE GEORGE, as Administrator and Personal Representative of The Estate of Ryan George; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,
    Plaintiff(s),
        V.
SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP INC.; MICHAEL E. DAGEY, R.N.; ELIZABETH KAISER; JAMES LUDERS, M.D.; LAURA RODRIGUEZ; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; and DOES 1 through 25, inclusive,
    Defendant(s).

CASE NO. C 08-02675 EDL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Steven L. Wittels, an active member in good standing of the bar of the U.S. District Court, Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Valerie George et al. in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
    Tanya Brannan
    419 Orchard Street
    Santa Rosa, California 95402
    (707) 887-0865

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/3/08                                                   /s/ Steven L. Wittels