| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SANFORD, WITTELS & HEISLER LLP<br>950 THIRD AVENUE, 10th FLOOR<br>NEW YORK, NY 10022 | (646) 723-2947 | |

| ATTORNEY FOR (NAME)    PLAINTIFF | REFERENCE NUMBER<br>0C272555-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT NORTHERN, NORTHERN

SHORT NAME OF CASE
CALIFORNIA FORENSIC MEDICAL vs. VALERIE GEORGE, ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082675 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:

ORDER SETTING INITIAL CASE MANGEMENT CONFERENCE AND ADR
DEADLINE;STANDING ORDER OF MAGISTRATE JUDGE ELIZABETH LAPORTE;STANDING
ORDER RE: CASE MANAGEMENT CONFERENCE BY JUDGE LAPORTE;STANDING ORDER FOR
ALL JUDGES FOR NORTHERN DISTRICT OF CALIFORNIA

**Name of Defendant:** CALIFORNIA FORENSIC MEDICAL GROUP, INC
**Person Served:** DAN HUSTEVET
**Title:** AGENT FOR SERVICE OF PROCESS

**Date of Delivery:** 06/24/08
**Time of Delivery:** 11:20 am

**Place of Service:** 300 FOAM STREET
MONTEREY, CA 93940                         (Business)

**Date of Mailing:** 06/25/08
**Place of Mailing:** FRESNO

**Physical Description:**

| AGE: | 30'S | HAIR: | AUBURN | HEIGHT: | 5'11 | RACE: | WHITE |
|---|---|---|---|---|---|---|---|
| SEX: | FEMALE | EYES: | BLUE | WEIGHT: | 200 | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants
dwelling, house, usual place of abode, usual place of business, or usual mailing address other
than a U.S. Postal Service Post Office Box, in the presence of a competent member of the
In Compliance With son apparently in charge of his or her office, place of business, or usual
mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who
was informed of the contents Federal Rules of Civil Procedure cuments (By First-Class
Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

[X] California Code of Civil Procedure

**Fee for service:** $ 89.95

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: . . . . MONTEREY . . . . . County,
Number: . . . . . . . . 68 . . . . . . . . .

**Attorney's Diversified Services**
1424 21st Street
Sacramento, CA 95814    *Client file # N/A*
(916) 441-4396

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct
and that this declaration was executed
on: . . . . . . . . . . June 30, 2008 . . . . . ,
at: . . . . . . . . . . . . FRESNO . . . . California.

Signature:
Name: LAUREL PETERSON
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER