| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SANFORD, WITTELS & HEISLER LLP<br>950 THIRD AVENUE, 10th FLOOR<br>NEW YORK, NY 10022 | (646) 723-2947 | |
| ATTORNEY FOR (NAME) VALERIE GEORGE, ET AL | REFERENCE NUMBER<br>OS354708-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
VALERIE GEORGE, ET AL vs. SUTTER HEALTH

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082675EDL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL ACTION; COMPLAINT; JURY TRIAL DEMANDED; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

**Name:** SUTTER HEALTH

**Person Served:** TAMERA PEDERSEN
**Title:** CORPORATE ADMINISTRATOR

**Date of Delivery:** 06/27/08
**Time of Delivery:** 08:20 am

**Place of Service:** 2200 RIVER PLAZA DRIVE
SACRAMENTO, CA 95833           (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 60.00

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SACRAMENTO County,
Number: 2007-60

Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814
(916) 441-4396

Client File # GEORGE V. SUTTER HEALTH

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: June 27, 2008
at: SACRAMENTO, California.

Signature:
Name: MICHAEL WATSON
Title: REGISTERED PROCESS SERVER