Jerome M. Varanini
**Trimble Sherinian & Varanini**
2500 Ventura Oaks Way, Suite #350
Sacramento, CA 95812-0590
Phone: (916) 313-7516
Email: jvaranini@tsvlaw.com

Attorneys for Defendant,
CALIFORNIA FORENSIC MEDICAL GROUP,
LAURA RODRIGUEZ, ELIZABETH KAISER,
JAMES LUDERS, M.D. and MICHAEL E. DAGEY, R.N.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>                    Plaintiffs,<br>vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; MICHAEL E. DAGEY, R.N.; ELIZABETH KAISER; JAMES LUDERS, M.D.; LAURA RODRIGUEZ; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Civ. No. 3:08-cv-02675-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE RESPONSIVE PLEADING AFTER PLAINTIFFS FILE AMENDED COMPLAINT** |

SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

Jul 24 08 02:29p                                                                      p.3

1. Plaintiffs' Complaint was filed on May 28, 2008.

2. Service has been made on California Forensic Medical Group, Laura Rodriguez, Elizabeth Kaiser, James Luders, M.D. and Michael E. Dagey, R.N.

3. Counsel have met and conferred regarding the Complaint, and plaintiffs have agreed to file an Amended Complaint.

4. Responsive pleadings for defendants California Forensic Medical Group, Laura Rodriguez, Elizabeth Kaiser, James Luders, M.D. and Michael E. Dagey, R.N. will not be due until 20 days after plaintiffs file and serve an Amended Complaint.

5. All other case deadlines will be rescheduled following the service of the Amended Complaint.

**SO STIPULATED.**

DATED: July 24, 2008

TRIMBLE SHERIDAN & VARANINI

By: _____
Jerome M. Varanini, ESQ.
Attorneys for Defendants California Forensic Medical Group, Laura Rodriguez, Elizabeth Kaiser, James Luders, M.D. and Michael E. Dagey, R.N

DATED: July 25, 2008

SANFORD WITTELS & HEISLER, LLP

By: _____
Steven L. Wittels, ESQ.
Attorneys for PLAINTIFFS

07/24/2008  16:08   7075731094                SUSSMAN AND ZISKIN                        PAGE  03/03

Jul 24 08 02:29p                                                                    p.4

DATED: July 24, 2008            LAW OFFICE OF TANYA BRANAN

                                By: /s/ Tanya Branan
                                    Tanya Branan, ESQ.
                                    Attorneys for PLAINTIFFS

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2008         _____
                                The Honorable ELIZABETH D. LAPORTE
                                UNITED STATES MAGISTRATE JUDGE