| | | | | |
|---|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>SANFORD, WITTELS & HEISLER LLP<br>950 THIRD AVENUE, 10th FLOOR<br>NEW YORK, NY  10022 | TELEPHONE NO.<br>(646) 723-2947 | | FOR COURT USE ONLY | |
| | REFERENCE NUMBER<br>0F263567-03 | | | |
| ATTORNEY FOR (NAME) | | | | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, CALIFORNIA<br>SAN FRANCISCO, CA 94102 | | | | |
| SHORT NAME OF CASE<br>VALERIE GEORGE, ET AL vs. SONOMA CO. SHERIF'S, ET AL | | | | |
| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082675EDL |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL ACTION; COMPLAINT; JURY TRIAL DEMANDED; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

**Name:** ELIZABETH KAISER

**Person Served:** SUSAN RICKETSON
**Title:** AUTHORIZED TO ACCEPT SERVICE

**Date of Delivery:** 07/15/08
**Time of Delivery:** 04:07 pm

**Place of Service:** 2796 VENTURA AVENUE
SANTA ROSA, CA 95403    (Business)

**Physical Description:**
AGE: 50    HAIR: BROWN    HEIGHT: 5'7"    RACE: WHITE
SEX: FEMALE    EYES:        WEIGHT: 135

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:**    [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 29.75

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SACRAMENTO County,
Number: 2005-05

**Attorney's Diversified Services**
1424 21st Street
Sacramento, CA 95814
(916) 441-4396

CLIENT FILE # GEORGE V. RODRIGUEZ

30B/0F263567-03

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: July 21, 2008,
at: SANTA ROSA, California.

Signature: *[signature]*
Name: ANDREW KANIHAN
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER