| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SANFORD, WITTELS & HEISLER LLP<br>950 THIRD AVENUE, 10th FLOOR<br>NEW YORK, NY 10022 | (646) 723-2947 | |

REFERENCE NUMBER
0F263567-01

ATTORNEY FOR (NAME)

Insert name of court, judicial district or branch court, if any, and post office and street address

UNITED STATES DISTRICT COURT, CALIFORNIA

SAN FRANCISCO, CA 94102

SHORT NAME OF CASE

VALERIE GEORGE, ET AL vs. SONOMA CO. SHERIF'S, ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082675EDL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**

SUMMONS IN A CIVIL ACTION; COMPLAINT; JURY TRIAL DEMANDED; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

| **Name:** | LAURA RODRIGUEZ |
|---|---|
| **Person Served:**<br>**Title:** | SUSAN RICKETSON<br>AUTHORIZED TO RECEIVE SERVICE |
| **Date of Delivery:**<br>**Time of Delivery:** | 07/15/08<br>04:07 pm |
| **Place of Service:** | 2796 VENTURA AVE<br>SANTA ROSA, CA 95403    (Business) |

**Physical Description:**

| AGE: | 50 | HAIR: | BROWN | HEIGHT: | 5'7" | RACE: | WHITE |
|---|---|---|---|---|---|---|---|
| SEX: | FEMALE | EYES: | | WEIGHT: | 135 | | |

**Manner of Service:**   Personal Service - By Personally Delivering Copies.

**In Compliance With:**   [X] Federal Rules of Civil Procedure

[ ]   California Code of Civil Procedure

**Fee for service:**   $ 64.00

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: . . . . SACRAMENTO . . . . County,
     Number: . . . . 2005-05

**Attorney's Diversified Services**
1424 21st Street
Sacramento, CA 95814
(916) 441-4396    *CLIENT FILE # GEORGE V. RODRIGUEZ*
30B/0F263567-01               PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed

on: . . . . . . . . . . July 21, 2008 . . . . . . . . .
at: . . . . . . . . SANTA ROSA . . . . ., California.

Signature: _Andy Lib_
Name: ANDREW KANIHAN
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER