| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SANFORD, WITTELS & HEISLER LLP<br>950 THIRD AVENUE, 10th FLOOR<br>NEW YORK, NY 10022 | (646) 723-2947 | |
| | REFERENCE NUMBER<br>0F263567-04 | |

ATTORNEY FOR (NAME):

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
VALERIE GEORGE, ET AL vs. SONOMA CO. SHERIF'S, ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082675EDL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL ACTION; COMPLAINT; JURY TRIAL DEMANDED; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

**Name:** MICHAEL E. DAGEY

**Person Served:** SUSAN RICKETSON
**Title:** AUTHORIZED TO ACCEPT SERVICE

**Date of Delivery:** 07/15/08
**Time of Delivery:** 04:07 pm

**Place of Service:** 2796 VENTURA AVENUE
SANTA ROSA, CA 95403                                    (Business)

**Physical Description:**
| AGE: | 50 | HAIR: | BROWN | HEIGHT: | 5'7" | RACE: | WHITE |
| SEX: | MALE | EYES: | | WEIGHT: | 135 | | |

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:**
[X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 29.75

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SACRAMENTO County,
Number: 2005-05
Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814
(916) 441-4396

CLIENT FILE # GEORGE V. RODRIGUEZ

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: July 21, 2008
at: SANTA ROSA, California.

Signature: /s/
Name: ANDREW KANIHAN
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

PROOF OF SERVICE