Jerome M. Varanini
**Trimble Sherinian & Varanini**
2500 Ventura Oaks Way, Suite #350
Sacramento, CA  95812-0590
Phone: (916) 313-7516
Email:  jvaranini@tsvlaw.com

Attorneys for Defendant,
CALIFORNIA FORENSIC MEDICAL GROUP,
LAURA RODRIGUEZ, ELIZABETH KAISER,
JAMES LUDERS, M.D. and MICHAEL E. DAGEY, R.N.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually, | Civ. No. 3:08-cv-02675-EDL <br><br> **STIPULATION AND [PROPOSED] ORDER TO FILE RESPONSIVE PLEADING AFTER PLAINTIFFS FILE AMENDED COMPLAINT** AS MODIFIED |
| Plaintiffs, | |
| vs. | |
| SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; MICHAEL E. DAGEY, R.N.; ELIZABETH KAISER; JAMES LUDERS, M.D.; LAURA RODRIGUEZ; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; and DOES 1 through 25, inclusive, | |
| Defendants. | |

SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED BY

AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL OF

RECORD:

1. Plaintiffs' Complaint was filed on May 28, 2008.

2. Service has been made on California Forensic Medical Group, Laura Rodriguez, Elizabeth Kaiser, James Luders, M.D. and Michael E. Dagey, R.N.

3. Counsel have met and conferred regarding the Complaint, and plaintiffs have agreed to file an Amended Complaint.

4. Responsive pleadings for defendants California Forensic Medical Group, Laura Rodriguez, Elizabeth Kaiser, James Luders, M.D. and Michael E. Dagey, R.N. will not be due until 20 days after plaintiffs file and serve an Amended Complaint.

5. All other case deadlines will be rescheduled following the service of the Amended Complaint.

**SO STIPULATED.**

DATED: July 24, 2008                     TRIMBLE SHERIDAN & VARANINI

                                         By: _____
                                             Jerome M. Varanini, ESQ.
                                         Attorneys for Defendants California
                                         Forensic Medical Group, Laura
                                         Rodriguez, Elizabeth Kaiser, James
                                         Luders, M.D. and Michael E. Dagey,
                                         R.N

DATED: July 23, 2008                     SANFORD WITTELS & HEISLER, LLP

                                         By: _____
                                             Steven L. Wittels, ESQ.
                                         Attorneys for PLAINTIFFS

07/24/2008  16:08    7075731094              SUSSMAN AND ZISKIN                    PAGE  03/03

Jul 24 08 02:29p                                                          p.4

DATED: July 24, 2008                           LAW OFFICE OF TANYA BRANAN

                                               By: 
                                                   Tanya Branan, ESQ.
                                                   Attorneys for PLAINTIFFS


**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The amended complaint shall be filed no later than September 2, 2008.  The Case Management Conference is continued to
October 7, 2008 at 10:00.  A joint Case Management Conference statement shall be filed no later than September 30,
2008.

DATED: _____, 2008

                  Dated: August 4, 2008

                                        The Honorable ELIZABETH D. LAPORTE
                                        UNITED STATES MAGISTRATE JUDGE

                                        IT IS SO ORDERED
                                        AS MODIFIED

                                        Judge Elizabeth D. Laporte