## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copiy of the Plaintiff's First Amended Complaint has been served on September 2, 2008 via U.S. Mail to Defense Counsel at the following address:

>Terry Sterling
>Spaulding, McCullough & Tansil
>90 South E. Street
>Suite 200
>Santa Rosa, CA 95404

*Counsel for County of Sonoma, Sonoma County Sheriff's Department, and Bill Cogbill*

By: *[signature]*

Andrew Melzer, Esq.
**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
amelzer@nydclaw.com