IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER RE: OCTOBER 2, 2008 STIPULATION** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. / | |

On October 2, 2008, the parties filed a stipulation setting a briefing schedule for Defendants' motions to dismiss and for the initial case management conference. Pursuant to that stipulation, it is ordered that:

1. Plaintiffs' response to Defendants' motions to dismiss shall be filed no later than November 12, 2008.

2. Defendants' replies in support of the motions to dismiss shall be filed no later than November 26, 2008.

3. A hearing on the motions to dismiss is set for December 16, 2008 at 9:00 a.m.

4. The initial case management conference is scheduled for December 16, 2008 at 9:00 a.m. The parties shall file a joint case management conference statement no later than December 9, 2008.

**IT IS SO ORDERED.**

Dated: October 3, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge