1  BARRY VOGEL, STATE BAR NO. 108640
   LARRY THORNTON, STATE BAR NO. 232265
2  **LA FOLLETTE, JOHNSON,**
   **DE HAAS, FESLER & AMES**
3  655 University Avenue, Suite 119
   Sacramento, California  95825
4  Phone:       (916) 563-3100
   Facsimile:   (916) 565-3704
5  E-mail:      lthornton@ljdfa.com

6  Attorneys for Defendant,
   SUTTER HEALTH and
7  SUTTER MEDICAL CENTER OF SANTA ROSA

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO.: 3:08-cv-02675-EDL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO FILE AN ADR CERTIFICATION AND TO SELECT AN ADR PROCESS** |

27  ///

28  ///

---
1
STIPULATION AND [PROPOSED] ORDER RE ADR DEADLINES                              3:08-cv-02675-EDL

**SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL OF RECORD AGREE AS FOLLOWS:**

**WHEREAS:**

1. Counsel have met and conferred regarding selection of an ADR process.
2. The Amended Complaint names as additional defendants Edward W. Hard, M.D., Richard Flinders, M.D., Joseph N. Matel, M.D. and Norick Janian, M.D.
3. It is premature to select an ADR process in the absence of these additional defendants.
4. The initial case management conference has been continued to December 16, 2008.

**IT IS HEREBY STIPULATED:**

That the filing and service of the ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference will be due no later than November 26, 2008.

Dated: October 7, 2008            LA FOLLETTE, JOHNSON, DE HAAS,
                                  FESLER & AMES


                                  By:_____/s/_____
                                      LARRY THORNTON, ESQ.
                                      Attorneys for Defendants SUTTER HEALTH
                                      and SUTTER MEDICAL CENTER OF
                                      SANTA ROSA


Dated: October 7, 2008            TRIMBLE, SHERINIAN & VARANINI


                                  By:_____/s/_____
                                      JEROME M. VARANINI, ESQ.
                                      Attorneys for Defendants CALIFORNIA
                                      FORENSIC MEDICAL GROUP, INC.,
                                      JAMES LUDERS, M.D. and MICHAEL
                                      DAGEY, R.N.

///

| | | |
|---|---|---|
| 1 | Dated: October 7, 2008 | SPAULDING McCULLOUGH & TANSIL, LLP |
| 2 | | |
| 3 | | By:_____/s/_____ |
| 4 | | TERRY S. STERLING, ESQ.<br>Attorneys for Defendants SONOMA |
| 5 | | COUNTY SHERIFF'S DEPARTMENT,<br>BILL COGBILL and COUNTY OF<br>SONOMA |
| 6 | | |
| 7 | | |
| 8 | Dated: October 7, 2008 | SANFORD WITTELS & HEISLER, LLP |
| 9 | | |
| 10 | | By:_____/s/_____ |
| 11 | | STEVEN WITTELS, ESQ.<br>Attorneys for PLAINTIFFS |

### PROPOSED ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the filing and service of the ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference will be due no later than November 26, 2008.

Dated: __October 8__, 2008

_____
The Honorable ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte