Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone:  (415) 421-4770
Facsimile:  (415) 421-4784

Sanford Wittels & Heisler, LLP
950 Third Avenue
New York, NY 10022
Telephone: (646) 723-2947
Facsimile:  (646) 723-2948
swittels@nydclaw.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually, <br><br>                    Plaintiffs, <br><br>     v. <br><br> SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; and DOES 1 through 25, inclusive, <br><br>                    Defendants. | Case No. 3:08-cv-02675-EDL <br><br> ECF Case <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER**   AS MODIFIED <br><br> Honorable Elizabeth D. Laporte |

1

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that subject to the Court's approval, the due date for Plaintiffs' Reply papers on their (1) Motion for Order that Notice of Claim to Public Defendants was Timely and (2) Petition for Order Relieving Petitioners from Cal. Govt. Code § 945.4, shall be extended from December 2, 2008 until December 5, 2008, at 9:00 a.m. This adjournment shall not affect the return date and motion hearing scheduled for December 16, 2008.

**SO STIPULATED.**

DATED: November 25, 2008

SPAULDING McCULLOUGH & TANSIL, LLP

By: ____/s/ Terry S. Sterling_____
       Terry S. Sterling
90 South E Street, Suite 200
PO Box 1867
Santa Rosa, CA  95402
*Attorneys for Defendants Sonoma County Sheriff's Department; Bill Cogbill; and County of Sonoma*

DATED: November 25, 2008

SANFORD WITTELS & HEISLER, LLP

By: ___/s/ Steven L. Wittels_____
       Steven L. Wittels
Sanford Wittels & Heisler, LLP
950 Third Avenue, 10th Floor
New York, NY 10022
*Attorneys for Plaintiffs*



IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

SO ORDERED: _____
                                          U.S.D.M.J.

2