Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4770
Facsimile: (415) 421-4784

Sanford Wittels & Heisler, LLP
950 Third Avenue
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 3:08-cv-02675-EDL <br><br> ECF Case <br><br><br><br> **STIPULATION AND [PROPOSED] ORDER RE DEFENDANT MATEL'S MOTION TO DISMISS** <br><br><br> Honorable Elizabeth D. Laporte |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that subject to the Court's approval, the return date and hearing schedule on Defendant Joseph R. Matel's motion to dismiss, shall be as follows:

1. The return date and hearing on Defendant's motion to dismiss are adjourned from January 6, 2009 until February 17, 2009 at 9:00 a.m. before the Honorable Elizabeth D. Laporte.

**SO STIPULATED.**

DATED: December 5, 2008

HASSARD BONNINGTON, LLP

By: _____
Joanna L. Storey
Two Embarcadero Center
18th Floor
San Francisco, CA 94111
*Attorneys for Defendant Joseph R. Matel*

DATED: December 5, 2008

SANFORD WITTELS & HEISLER, LLP

By: _____
Steven L. Wittels
950 Third Avenue, 10th Floor
New York, NY 10022
Admitted Pro Hac Vice

Dated: December 8, 2008

SO ORDERED: _____
IT IS SO ORDERED
Judge Elizabeth D. Laporte