Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4770
Facsimile: (415) 421-4784

Sanford Wittels & Heisler, LLP
950 Third Avenue
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 3:08-cv-02675-EDL <br><br> ECF Case <br><br><br><br> **STIPULATION AND [PROPOSED] ORDER RE DEFENDANT EDWARD W. HARD, M.D.'S RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br><br> Honorable Elizabeth D. Laporte |

C:\DOCUME~1\mcneill\LOCALS~1\Temp\XPGRPWISE\George v. Sonoma, Hard, stipulation re responsive pleading, redline.doc4824-4328-0387.1824-4328-0387.1

1

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that subject to the Court's approval, the date for Defendant Edward W. Hard, M.D. to respond to Plaintiffs' First Amended Complaint shall be as follows:

1. The responsive pleading of Defendant Edward W. Hard, M.D. to Plaintiffs' First Amended Complaint is due January 6, 2009.

**SO STIPULATED.**

DATED: December 11, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/S/_____
Carol Sleeth
One Sansome St., Suite 1400
San Francisco, CA 94104
*Attorney for Defendant Edward W. Hard, M.D.*

DATED: December 11, 2008

SANFORD WITTELS & HEISLER, LLP

By: _____/S/_____
Steven L. Wittels
950 Third Avenue, 10th Floor
New York, NY 10022
*Admitted Pro Hac Vice*

Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4770
Facsimile: (415) 421-4784
*Attorneys for Plaintiffs*

December 12, 2008

SO ORDERED: _____

IT IS SO ORDERED
Judge Elizabeth D. Laporte

C:\DOCUME~1\mcneill\LOCALS~1\Temp\XPGRPWISE\George v. Sonoma, Hard, stipulation re responsive pleading, redline.doc4824-4328-0387.1824-4328-0387.1

**FEDERAL COURT PROOF OF SERVICE**
*George, et al. v. Sonoma County Sheriff's Department, et al.*
USDC, Northern District, Case No. 3:08-cv-02675 EDL

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 11, 2008, I served the following document(s): **STIPULATION AND [PROPOSED] ORDER RE DEFENDANT EDWARD W. HARD, M.D.'S RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

*Attorneys for Plaintiffs*
Steven Lance Wittels
Sanford Wittels & Heisler LLP
950 Third Avenue, 10th Floor
New York, NY 10022
Tel:   (646) 723-2454
Fax:   (646) 723-2948
Email: swittels@nydclaw.com

Thomas Marc Litton
Sanford Wittels & Heisler LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94014
Tel:   (415) 421-4770
Fax:   (415) 421-4784
Email: tmlitton@gmail.com

*Attorney for Defendants*
*Sonoma County Sheriff's Department, Bill Cogbill & County of Sonoma*
Terry Scanlon Sterling
Spaulding McCullough & Tansil LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
Tel:   (707) 524-1900
Fax:   (707) 524-1906
Email: sterling@smlaw.com

*Attorney for Defendants*
*California Forensic Medical Group, Inc., Michael Dagey R.N., Elizabeth Kaiser, James Luders M.D. & Laura Rodriguez*
Jermone (Jerry) M. Varanini
Trimble Sherinian & Varanini
2500 Venture Oaks Way, Suite 350
Sacramento, CA 95812
Tel:   (916) 444-8271
Fax:
Email: varanin@earthlink.net

*Attorney for Defendants*
*Sutter Health & Sutter Medical Center of Santa Rosa*
Larry Byron Thornton
655 University Avenue, Suite 119
Sacramento, CA 95825
Tel:   (916) 563-3123 x 3123
Fax:   (916) 565-3704
Email: lthornton@ljdfa.com

4828-6389-0435.1

PROOF OF SERVICE

**_Attorney for Defendant_**
**_Joseph N. Matel, M.D._**
Joanna Lee Storey
Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA  94111
Tel:     (415) 288-9800 x212
Fax:    (415) 288-9801
Email: jls@hassard.com

The documents were served by the following means:

[ ]   **(BY U.S. MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

   [ ]   Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

[ X ]   **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 11, 2008, at San Francisco, California.

_____
Sheila N. McNeill

4828-6389-0435.1

PROOF OF SERVICE