1 | BARRY VOGEL, STATE BAR NO. 108640
LARRY THORNTON, STATE BAR NO. 232265
2 | **LA FOLLETTE, JOHNSON,**
**DE HAAS, FESLER & AMES**
3 | 655 University Avenue, Suite 119
Sacramento, California  95825
4 | Phone:        (916) 563-3100
Facsimile:   (916) 565-3704
5 | E-mail:        lthornton@ljdfa.com

6 | Attorneys for Defendants, SUTTER HEALTH and
SUTTER MEDICAL CENTER OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; and DOES 1 through 25, inclusive, <br><br> Defendants. <br> _____ | CASE NO.: 3:08-cv-02675-EDL <br><br> **(PROPOSED) ORDER GRANTING DEFENDANTS' REQUEST FOR LEAD TRIAL COUNSEL TO BE EXCUSED FROM APPEARING AT INITIAL CASE MANAGEMENT CONFERENCE** <br><br> **[Civil Local Rules, Rule 16-10(a)]** <br><br> Date:  December 16, 2008 <br> Time:  9:00 a.m. <br> Place:  Courtroom E, 15th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br> Before: Hon. Elizabeth D. Laporte |

Pursuant to Civil Local Rules, Rule 16-10(a), Defendants SUTTER HEALTH and SUTTER MEDICAL CENTER OF SANTA ROSA respectfully request their lead trial counsel, Barry Vogel,

1

1  to be excused from attending the Initial Case Management Conference due to a calendar conflict,
2  and to have defense counsel, Larry Thornton, personally appear at the Initial Case Management
3  Conference in the place and stead of Mr. Vogel.  Mr. Thornton is extensively familiar with this
4  case and has done almost all of the discovery and investigation in this case to date.  Mr. Vogel has
5  conflicting matters in other cases that he is more extensively involved in.

## (PROPOSED) ORDER

**THE REQUEST IS GRANTED.**

Dated:___December 12_____, 2008



_____
The Honorable ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE