Gregory G. Spaulding, Esq. (SB# 106606)
Terry S. Sterling, Esq.  (SB# 106379)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone: (707) 524-1900 / Facsimile: (707) 524-1906
spaulding@smlaw.com; sterling@smlaw.com

Attorneys for Defendants
SONOMA COUNTY SHERIFF'S DEPARTMENT,
BILL COGBILL and COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>              Plaintiffs,<br><br>    vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; and DOES 1 through 25, inclusive,<br><br>              Defendants. | Case No.:  3:08-cv-02675-EDL<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAD TRIAL COUNSEL TO BE EXCUSED FROM APPEARING AT INITIAL CASE MANAGEMENT CONFERENCE<br><br><br>Date:   December 16, 2008<br>Time:   9:00 a.m.<br>Ctrm:   E<br>Hon. Elizabeth D. Laporte |

Pursuant to Civil Local Rules, Rule 16-10(a), Defendants SONOMA COUNTY SHERIFF'S DEPARTMENT, BILL COGBILL and COUNTY OF SONOMA's request that their lead trial counsel, Gregory G. Spaulding, be excused from attending the Initial Case Management Conference,

1

1  and to have associate Terry S. Sterling personally appear at the Initial Case Management Conference
2  in the place of Mr. Spaulding is hereby granted.
3           IT IS SO ORDERED.
4
5  DATED: __12/15/08_____

   _____
   UNITED STATES MAGISTRATE JUDGE
   ELIZABETH D. LAPORTE

   *IT IS SO ORDERED*
   *Elizabeth D. Laporte*
   Judge Elizabeth D. Laporte

2

[PROPOSED] ORDER REQUEST FOR LEAD TRIAL COUNSEL
TO BE EXCUSED FROM APPEARING AT INITIAL CASE MANAGEMENT CONFERENCE          3:08-cv-02675-EDL