Chester A. Rogaski Jr., Esq. (SBN 48560)
William F. Horsey, Esq. (SBN 136087)
**ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP**
241 Georgia Street
P.O. Box 1072
Vallejo, California 94590
Telephone: (707) 553-1555

Attorneys for Defendant NORICK JANIAN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE, VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for JAIDA GEORGE and RYAN GEORGE, JR., VALERIE GEORGE, Individually, DONALD GEORGE and TAJMAH BEAUCHAMP, individually<br><br>    Plaintiffs,<br><br>vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT, BILL COGBILL, COUNTY OF SONOMA, CALIFORNIA FORENSIC MEDICAL GROUP, INC., MICHAEL DAGEY, RN, SUTTER HEALTH, SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH MATEL, M.D.; NORICK JANIAN, M.D. and DOES 1-25, Inclusive,<br><br>    Defendants. | No. CV 3:08-CV-02675-EDL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND OF DEFENDANT NORICK JANIAN, M.D.** |

    It is stipulated by and between Plaintiffs VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE, VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for JAIDA GEORGE and RYAN GEORGE, JR., VALERIE GEORGE, Individually, DONALD GEORGE and TAJMAH BEAUCHAMP, individually and

ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP

STIPULATION AND ORDER EXTENDING TIME TO RESPOND OF DEFENDANT NORICK JANIAN, M.D.

1  Defendant NORICK JANIAN, M.D., that defendant shall have until December 26, 2008 to file and serve
2  a responsive pleading pursuant to Federal Rule of Civil Procedure 12.

3  Dated: December __, 2008     SANFORD WITTELS & HEISLER, LLP

4
                                By _____/s/_____
5                                  Steven L. Wittels, Esq.
                                Attorney for Plaintiffs VALERIE GEORGE, as Administrator and
6                               Personal Representative of THE ESTATE OF RYAN GEORGE,
                                VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal
7                               Representatives for JAIDA GEORGE and RYAN GEORGE, JR.,
                                VALERIE GEORGE, Individually, DONALD GEORGE and TAJMAH
8                               BEAUCHAMP, individually

9

10 Dated: December __, 2008     ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP

11
                                By _____/s/_____
12                                 William F. Horsey, Jr.
                                Attorney for Defendant NORICK JANIAN, M.D.
13

14 It Is So Ordered

15 Dated: December 23, 2008

16

17 _____
   Elizabeth Laporte
   Magistrate Judge
18 United States District Court for the Northern District of California

IT IS SO ORDERED
Judge Elizabeth D. Laporte

---

ROGASKI, PREOVOLOS,   STIPULATION AND ORDER EXTENDING TIME TO RESPOND OF DEFENDANT
WEBER & PATTERSON, LLP  NORICK JANIAN, M.D.

DECLARATION ATTESTING TO CONCURRENCE IN FILING

I, William F. Horsey, Jr., say:

1. I am an attorney at law, duly licensed to practice before the courts of this state and am a member of the law firm of Rogaski, Preovolos, Weber & Patterson, LLP, attorneys for Defendant, NORICK JANIAN, M.D.

2. I make this Declaration attesting to concurrence in the filing of the Stipulation and Order Extending Time to Respond of Defendant NORICK JANIAN, M.D.

3. On or about December 10, 2008, my office contacted the offices of Sanford, Wittels & Heisler, LLP, attorneys for Plaintiffs, to request an extension of time to respond to the Amended Complaint, which extension was granted pending filing of the within Stipulation and Order, which was provided to counsel via facsimile on the same date.

4. On or about December 10, 2008, I was contacted by Sanford, Wittels & Heisler, LLP via electronic mail and advised that the Stipulation and Order meets with the approval of Steven L Wittels, Esq., and requesting that the Stipulation and Order be filed with an "/s/" signature.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 17, 2008.

_____
William F. Horsey, Jr.

ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP

STIPULATION AND ORDER EXTENDING TIME TO RESPOND OF DEFENDANT NORICK JANIAN, M.D.