Gregory G. Spaulding, Esq. (SB# 106606)
Terry S. Sterling, Esq.  (SB# 106379)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone: (707) 524-1900 / Facsimile: (707) 524-1906
spaulding@smlaw.com; sterling@smlaw.com

Attorneys for Defendants
SONOMA COUNTY SHERIFF'S DEPARTMENT,
BILL COGBILL and COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>        Plaintiffs,<br><br>   vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No.:  3:08-cv-02675-EDL<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAD TRIAL COUNSEL TO BE EXCUSED FROM APPEARING AT INITIAL CASE MANAGEMENT CONFERENCE<br><br><br>Date:   February 10, 2009<br>Time:   9:00 a.m.<br>Ctrm:   E<br>Hon. Elizabeth D. Laporte |

      Pursuant to Civil Local Rules, Rule 16-10(a), Defendants SONOMA COUNTY SHERIFF'S DEPARTMENT, BILL COGBILL and COUNTY OF SONOMA's request that their lead trial counsel, Gregory G. Spaulding, be excused from attending the Initial Case Management Conference,

1

[PROPOSED] ORDER REQUEST FOR LEAD TRIAL COUNSEL
TO BE EXCUSED FROM APPEARING AT INITIAL CASE MANAGEMENT CONFERENCE   3:08-cv-02675-EDL

1  and to have associate Terry S. Sterling personally appear at the Initial Case Management Conference
2  in the place of Mr. Spaulding is hereby granted.
3      IT IS SO ORDERED.
4
5  DATED: February 4, 2009
6  UNITED
   ELIZABETH

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

2