BARRY VOGEL, STATE BAR NO. 108640
LARRY THORNTON, STATE BAR NO. 232265
**LA FOLLETTE, JOHNSON,**
**DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone:         (916) 563-3100
Facsimile:    (916) 565-3704
E-mail:        lthornton@ljdfa.com

Attorneys for Defendants, SUTTER HEALTH and
SUTTER MEDICAL CENTER OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; and DOES 1 through 25, inclusive,<br><br>Defendants.<br>_____ | CASE NO.: 3:08-cv-02675-EDL<br><br>(~~PROPOSED~~) ORDER GRANTING DEFENDANTS' REQUEST FOR LEAD TRIAL COUNSEL TO BE EXCUSED FROM APPEARING AT INITIAL CASE MANAGEMENT CONFERENCE<br><br>**[Civil Local Rules, Rule 16-10(a)]**<br><br>Date:   February 10, 2009<br>Time:  9:00 a.m.<br>Place:  Courtroom E, 15th Floor<br>           450 Golden Gate Avenue<br>           San Francisco, CA 94102<br>Before: Hon. Elizabeth D. Laporte |

Pursuant to Civil Local Rules, Rule 16-10(a), Defendants SUTTER HEALTH and SUTTER MEDICAL CENTER OF SANTA ROSA respectfully request their lead trial counsel, Barry Vogel,

1 to be excused from attending the Initial Case Management Conference due to a calendar conflict,
2 and to have defense counsel, Larry Thornton, personally appear at the Initial Case Management
3 Conference in the place and stead of Mr. Vogel. Mr. Thornton is extensively familiar with this
4 case and has done almost all of the discovery and investigation in this case to date. Mr. Vogel has
5 conflicting matters in other cases that he is more extensively involved in.

**(PROPOSED) ORDER**

**THE REQUEST IS GRANTED.**

Dated: February 4, 2009

_____
The Honorable ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

