HASSARD BONNINGTON LLP
MARC N. ZIMMERMAN, ESQ., State Bar No. 100521
R. WESLEY PRATT, ESQ., State Bar No. 191159
JOANNA L. STOREY, ESQ., State Bar No. 214952
Two Embarcadero Center, Suite 1800
San Francisco, California  94111-3941
Telephone:  (415) 288-9800
Fax:  (415) 288-9801
Email: jls@hassard.com

Attorneys for Defendants
JOSEPH R. MATEL, M.D.
and RICHARD FLINDERS, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORWICK JANIAN, M.D.; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C-08-02675 EDL<br><br>[PROPOSED]<br>**ORDER GRANTING REQUEST FOR LEAD TRIAL COUNSEL TO BE EXCUSED FROM APPEARING AT CASE MANAGEMENT CONFERENCE**<br><br>Date: February 10, 2009<br>Time: 9:00 a.m.<br>Courtroom: E<br>Hon. Elizabeth D. Laporte<br><br>Complaint Filed: May 28, 2008<br>FAC Filed: September 2, 2008<br><br>**JURY TRIAL DEMANDED** |

/ / /

ORDER GRANTING REQUEST FOR LEAD TRIAL COUNSEL TO BE EXCUSED FROM APPEARING
AT CASE MANAGEMENT CONFERENCE
P:\Wdocs\HBMAIN\00045\00213\00359856.DOC-2609

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        Pursuant to Civil Local Rules, Rule 16-10(a), Defendants JOSEPH R.

MATEL, M.D. and RICHARD FLINDERS, M.D.'s request that their lead trial counsel,

Marc N. Zimmerman, be excused from attending the Case Management Conference

on February 10, 2009, and to have associate and counsel, Joanna L. Storey,

personally appear at the Case Management Conference in the place of Mr.

Zimmerman is hereby granted.

        IT IS SO ORDERED.

DATED: __2/6/09_____



            UNITED MAGISTRATE JUDGE

            Judge Elizabeth D. Laporte

ORDER GRANTING REQUEST FOR LEAD TRIAL COUNSEL TO BE EXCUSED FROM APPEARING
AT CASE MANAGEMENT CONFERENCE
P:\Wdocs\HBMAIN\00045\00213\00359856.DOC-2609