1 | DANIEL J. MEAGHER, SB# 66821
E-Mail: meagher@lbbslaw.com
2 | CAROL SLEETH, SB# 111460
E-Mail: sleeth@lbbslaw.com
3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
4 | San Francisco, California 94104
Telephone: 415.362.2580
5 | Facsimile: 415.434.0882

6 | Attorneys for EDWARD W. HARD, JR., M.D.

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr., VALERIE GEORGE, Individually, DONALD GEORGE, and TAJMAH BEAUCHAMP, Individually, <br><br>Plaintiff, <br><br>v. <br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT, BILL COGBILL, COUNTY OF SONOMA, CALIFONRIA FORENSIC MEDICAL GROUP, INC., MICHAEL E. DAGEY, R.N., ELIZABETH KAISER, JAMES LUDERS, M.D., LAURA RODRIGUEZ, SUTTER HEATH, SUTTER MEDICAL CENTER OF SANTA ROSA, EDWARD W. HARD, M.D., RICHARD FLINDERS, M.D., JOSEPH MATEL, M.D., NORICK JANIAN, M.D., and DOES 1 though 25, inclusive., <br><br>Defendant. | CASE NO. 3:08-cv-02675 EDL <br><br>[~~PROPOSED~~] <br>**ORDER GRANTING REQUEST FOR LEAD TRIAL COUNSEL TO BE EXCUSED FROM APPEARING AT CASE MANAGEMENT CONFERENCE** <br><br>DATE: February 10, 2009 <br>TIME: 9:00 a.m. <br>COURTROOM: E <br>The Hon. Elizabeth D. Laporte <br><br>ACTION FILED: 5/28/2008 <br>FAC FILED: 9/2/2008 <br>SAC FILED: 1/20/09 <br><br>**JURY TRIAL DEMANDED** |

26 | ///
27 | ///
28 | ///

1  Pursuant to Civil Local Rules, Rule 16-10(a), Defendant EDWARD W. HARD, JR,
2 M.D.'s request that his lead trial counsel, Daniel J. Meagher, be excused from attending the Case
3 Management Conference on February 10, 2009, and to have his partner and co-counsel, Carol
4 Sleeth, personally appear at the Case Management Conference in the place of Mr. Meagher is
5 hereby granted.

6  IT IS SO ORDERED.

8 DATED:  February 6, 2009



_____
UNITED STATES MAGISTRATE JUDGE
Judge Elizabeth D. Laporte

IT IS SO ORDERED
Elizabeth D. Laporte

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE 415.362.2580

**FEDERAL COURT PROOF OF SERVICE**
*George, et al. v. Sonoma County Sheriff's Department, et al.*
USDC, Northern District, Case No. 3:08-cv-02675 EDL

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 6, 2009, I served the following document(s): **[PROPOSED] ORDER GRANTING REQUEST FOR LEAD TRIAL COUNSEL TO BE EXCUSED FROM APPEARING AT CASE MANAGEMENT CONFERENCE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

*Attorneys for Plaintiffs*
Steven Lance Wittels
Sanford Wittels & Heisler LLP
950 Third Avenue, 10th Floor
New York, NY 10022
Tel:   (646) 723-2454
Fax:   (646) 723-2948
Email: swittels@nydclaw.com

Thomas Marc Litton
Sanford Wittels & Heisler LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94014
Tel:   (415) 421-4770
Fax:   (415) 421-4784
Email: tmlitton@gmail.com

*Attorney for Defendants*
*California Forensic Medical Group, Inc., Michael Dagey R.N., Elizabeth Kaiser, James Luders M.D. & Laura Rodriguez*
Jermone (Jerry) M. Varanini
Trimble Sherinian & Varanini
2500 Venture Oaks Way, Suite 350
Sacramento, CA 95812
Tel:   (916) 444-8271
Fax:
Email: varanin@earthlink.net

*Attorney for Defendants*
*Sonoma County Sheriff's Department, Bill Cogbill & County of Sonoma*
Terry Scanlon Sterling
Spaulding McCullough & Tansil LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
Tel:   (707) 524-1900
Fax:   (707) 524-1906
Email: sterling@smlaw.com

*Attorney for Defendants*
*Sutter Health & Sutter Medical Center of Santa Rosa*
Larry Byron Thornton
655 University Avenue, Suite 119
Sacramento, CA 95825
Tel:   (916) 563-3123 x 3123
Fax:   (916) 565-3704
Email: lthornton@ljdfa.com

4828-6389-0435.1

PROOF OF SERVICE

| | |
|---|---|
| **_Attorney for Defendants_** <br> **_Joseph N. Matel, M.D. and_** <br> **_Richard Flinders, M.D._** <br> Joanna Lee Storey <br> Hassard Bonnington LLP <br> Two Embarcadero Center, Suite 1800 <br> San Francisco, CA  94111 <br> Tel:    (415) 288-9800 x212 <br> Fax:   (415) 288-9801 <br> Email: jls@hassard.com | **_Attorney for Defendant_** <br> **_Norick Janian, M.D._** <br> Chester A. Rogaski, Jr. <br> Rogaski Preovolos Weber & Patterson LLP <br> 241 Georgia Street <br> P.O. Box 1072 <br> Vallejo, CA 94590 <br> Tel: (707) 553-1555 <br> Fax: (707) 553-9043 <br> Email: crogaski@rpwplaw.com |

The documents were served by the following means:

[ ]   **(BY U.S. MAIL)**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

　　　[ ]   Placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

[ X ]   **(BY COURT'S CM/ECF SYSTEM)**  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 6, 2009, at San Francisco, California.

_Shawn Adams_ (signature)
Shawn Adams

4828-6389-0435.1

PROOF OF SERVICE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580