Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone:  (415) 421-4770
Facsimile:  (415) 421-4784

Steven L. Wittels
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue, 10th Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and/or TAJMAH BEAUCHAMP, as Legal Representative(s) for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually, | Case No. 3:08-cv-02675-EDL  ECF Case |
| Plaintiffs, | |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER RE PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS RICHARD FLINDERS, M.D.'S, AND JOSEPH N. MATEL, M.D.'S  MOTION TO DISMISS AND NORICK JANIAN, M.D.'S MOTION TO JOIN** |
| SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; ANGUS MATHESON, M.D., and DOES 1 through 25, inclusive, | **JURY TRIAL DEMANDED** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that subject to the Court's approval, the date for Plaintiffs to respond to Defendants Richard Flinders, M.D.'s and Joseph N. Matel, M.D.'s motion to dismiss and Defendant Norick Janian, M.D.'s motion to join therein shall be as follows:

(i)     Plaintiffs' response to the above-described Defendants' motion to dismiss and motion to join shall be due April 7, 2009.

(ii)    Defendants' respective replies in support of their motions shall be due April 14, 2009.

(iii)   The return date of these motions shall be extended to April 28, 2008.

**SO STIPULATED.**

DATED: March 23, 2009                    ROGASKI PREOVOLOS WEBER & PATTERSON

                                         By:_____/s/_____
                                                Chester Rogaski

                                         241 Georgia Street
                                         Vallejo, CA 94590
                                         *Attorneys for Defendant Norick Janian, M.D.*

DATED: March 23, 2009                    HASSARD BONNINGTON LLP

                                         By:_____/s/_____
                                                Joanna Storey

                                         Two Embarcadero Center, Suite 1800
                                         San Francisco, CA 94111
                                         *Attorneys for Defendants Richard Flinders, M.D. and Joseph N. Matel, M.D.*

DATED: March 23, 2009                     SANFORD WITTELS & HEISLER, LLP

                                          By:___/s/ Thomas Marc Litton_____
                                           Thomas Marc Litton (CA Bar # 119985)

                                          120 Montgomery Street, Suite 1600
                                          San Francisco, CA 94104

                                          Steven L. Wittels
                                          SANFORD WITTELS & HEISLER, LLP
                                          950 Third Avenue, 10th Floor
                                          New York, NY 10022
                                          (*admitted pro hac vice*)

                                          *Attorneys for Plaintiffs*

March 25, 2009

SO ORDERED:_____

IT IS SO ORDERED

*Elizabeth D. Laporte*

Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA