Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4770
Facsimile: (415) 421-4784

Steven L. Wittels
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue, 10th Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and/or TAJMAH BEAUCHAMP, as Legal Representative(s) for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; ANGUS MATHESON, M.D., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-cv-02675-EDL<br><br>ECF Case<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS RICHARD FLINDERS, M.D.'S, AND JOSEPH N. MATEL, M.D.'S MOTION TO DISMISS AND NORICK JANIAN, M.D.'S MOTION TO JOIN**<br><br>**JURY TRIAL DEMANDED** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that subject to the Court's approval:

(i) Plaintiffs Valerie George, Donald George, and Tajmah Beauchamp voluntarily dismiss with prejudice their individual causes of action for negligent and intentional infliction of emotional distress (the eighteenth and nineteenth causes of action) against Defendants Richard Flinders, M.D., Joseph N. Matel, M.D., and Norick Janian, M.D.

(ii) Defendants Richard Flinders, M.D. and Joseph N. Matel, M.D. hereby withdraw their pending Motion to Dismiss and Motion to Strike. Defendants Flinders' and Matel's Answers to Plaintiffs' Third Amended Complaint shall be due on or before April 24, 2009.

(iii) Defendant Norick Janian, M.D. hereby withdraws his pending Motion to Join in Defendants Flinders' and Matel's Motion to Dismiss and Motion to Strike.

**SO STIPULATED.**

DATED: April 7, 2009         ROGASKI PREOVOLOS WEBER & PATTERSON

By:     /s/
          Chester Rogaski

241 Georgia Street
Vallejo, CA 94590
*Attorneys for Defendant Norick Janian, M.D.*

DATED: April 7, 2009         HASSARD BONNINGTON LLP

By:     /s/
          Joanna Storey

Two Embarcadero Center, Suite 1800
San Francisco, CA 94111
*Attorneys for Defendants Richard Flinders, M.D. and Joseph N. Matel, M.D.*

DATED: April 7, 2009  SANFORD WITTELS & HEISLER, LLP

By: /s/ Thomas Marc Litton
Thomas Marc Litton (CA Bar # 119985)

120 Montgomery Street, Suite 1600
San Francisco, CA 94104

Steven L. Wittels
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue, 10th Floor
New York, NY 10022
(*admitted pro hac vice*)

*Attorneys for Plaintiffs*

April 8, 2009

SO ORDERED: _____

IT IS SO ORDERED
Judge Elizabeth D. Laporte