IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SONOMA COUNTY SHERIFF'S DEPT., et al.,<br><br>        Defendants.<br>_____/ | No. C-08-02675 EDL<br><br>**ORDER DENYING AS MOOT DEFENDANT MATHESON'S MOTION FOR JUDGMENT ON THE PLEADINGS IN VIEW OF PARTIES' STIPULATION TO DISMISSAL WITH PREJUDICE OF CLAIMS ASSERTED IN THIRD AMENDED COMPLAINT AGAINST HIM** |

This action arises from the death of Ryan George on July 9, 2007 while he was in the custody of the Sonoma County Sheriff's Department, and after he had received allegedly inadequate medical care from medical staff at the Sonoma County jail and at Sutter Medical Center of Santa Rosa. On February 24, 2009, Plaintiffs filed a third amended complaint, naming Dr. Angus Matheson as a new Defendant. On June 23, 2009, Defendant Matheson filed a motion for judgment on the pleadings, arguing that Plaintiffs' claims against him are barred by the statute of limitations. The Court held a hearing on August 4, 2009. At the hearing, the parties stipulated to dismiss Defendant Matheson and dismiss with prejudice the claims against him asserted in the third amended complaint. Therefore, Defendant Matheson's Motion for Judgment on the Pleadings is denied as moot.

**IT IS SO ORDERED.**

Dated: August 4, 2009

                                                                                 ELIZABETH D. LAPORTE<br>
                                                                                 United States Magistrate Judge