IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE GEORGE,

    Plaintiff,

  v.

SONOMA COUNTY SHERIFF'S DEPARTMENT, et al

    Defendants.
_____/

No. C 08-02675 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

    On August 20, 2009 and August 21, 2009, counsel for the Sonoma County Defendants and counsel for the Sutter Health Defendants filed requests to appear telephonically at the further case management conference set for August 25, 2009 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Requests are GRANTED subject to the following caution. The court disfavors telephonic appearances because the technology prevents the court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length. Accordingly, the parties shall only speak in response to a direct question from the court and shall pause at regular intervals to allow the court to comment on the information presented. If the court wishes to hear a response by the opposing party, the court will inform the party from whom information is requested. No party shall attempt to present information without a request from the court. If the parties cannot follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated and a new hearing date will be set for personal appearances.

//

//

1  Counsel shall stand by beginning at the date and time above until called by the Court.  No later
2  than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to
3  provide the Court with a direct dial number to call on for this appearance.

5  Dated: August 21, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge