Thomas Marc Litton (SBN 119985)
tlitton@nydclaw.com
**Sanford Wittels & Heisler, LLP**
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone:  (415) 421-4774
Facsimile:   (415) 421-4784

Steven L. Wittels (N.Y. SBN 2004635)
swittels@nydclaw.com
**Sanford Wittels & Heisler, LLP**
1350 Avenue of the Americas, Suite 3100
New York, N.Y. 10019
Telephone: (646) 723-2947
Facsimile:  (646) 723-2948

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; ANGUS MATHESON, M.D.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:  3:08-cv-02675-EDL<br><br><br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER THEREON AS MODIFIED<br><br><br><br><br>Date: August 25, 2009<br>Time: 10:00 a.m.<br>Ctrm: E, 15th Floor<br>Magistrate Judge Elizabeth D. Laporte |

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE HEARING

The parties and their respective counsel having conferred hereby stipulate and agree that in

the interest of judicial economy the case management conference hearing, presently set for August

1

25, 2009, should be continued in order that the parties can continue to confer upon the selection of a mediator and a mediation hearing date before appearing before the court.

The parties respectfully request that the court continue the case management conference to November 10, 2009 at 10:00am.

DATED: August 18, 2009          SANFORD WITTELS & HEISLER, LLP

                                Attorneys for Plaintiffs

                                By: ___/S/_____
                                    Steven L. Wittels

DATED: August 18, 2009          SPAULDING McCULLOUGH & TANSIL LLP
                                Attorneys for Defendants
                                SONOMA COUNTY SHERIFF'S DEPARTMENT,
                                BILL COGBILL and COUNTY OF SONOMA

                                By: ___/S/_____
                                    Terry S. Sterling

DATED: August 18, 2009          TRIMBLE, SHERINIAN & VARANINI
                                Attorneys for Defendants
                                CALIFORNIA FORENSIC MEDICAL GROUP,
                                INC., JAMES LUDERS, M.D. and MICHAEL
                                DAGEY, R.N

                                By: ___/S/_____
                                    Jerome M. Varanini

DATED: August 18, 2009          HASSARD BONNINGTON
                                Attorneys for Defendants JOSEPH R. MATEL, M.D.
                                and RICHARD FLINDERS, M.D.

                                By: ___/S/_____
                                    Marc N. Zimmerman

| | | |
|---|---|---|
| 1 | DATED:  August 18, 2009 | LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES |
| 2 | | Attorneys for Defendants |
| 3 | | SUTTER HEALTH and SUTTER MEDICAL CENTER OF SANTA ROSA |

By: /S/
Barry Vogel

DATED:  August 18, 2009            ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP
                                   Attorneys for Defendant NORICK JANIAN, M.D

By: /S/
Chester A. Rogaski

DATED:  August 18, 2009            LEWIS BRISBOIS BISGAARD & SMITH, LLP
                                   Attorneys for Defendant EDWARD W. HARD, M.D

By: /S/
Carol Sleeth

[PROPOSED] ORDER

GOOD CAUSE APPEARING to the satisfaction of the court, the case management conference hearing set for August 25, 2009 is hereby continued to November ~~10~~ 17, 2009 at 10:00 am in Ctrm: E, 15th Floor.

_____
Elizabeth D. Laporte
Magistrate Judge, District Court

IT IS SO ORDERED AS MODIFIED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte