```
 1 | Gregory G. Spaulding, Esq. (SB# 106606)
   | Terry S. Sterling, Esq.  (SB# 106379)
 2 | SPAULDING McCULLOUGH & TANSIL LLP
   | 90 South E Street, Suite 200
 3 | P.O. Box 1867
   | Santa Rosa, CA  95402
 4 | Telephone: (707) 524-1900 / Facsimile: (707) 524-1906
   | spaulding@smlaw.com; sterling@smlaw.com
 5 |
   | Attorneys for Defendants
 6 | SONOMA COUNTY SHERIFF'S DEPARTMENT,
   | BILL COGBILL and COUNTY OF SONOMA
 7 |
 8 |               UNITED STATES DISTRICT COURT
 9 |               NORTHERN DISTRICT OF CALIFORNIA
10 |
11 | VALERIE GEORGE, as Administrator and     | Case No.:  3:08-cv-02675-EDL
   | Personal Representative of THE ESTATE OF |
12 | RYAN GEORGE; VALERIE GEORGE and          |
   | TAJMAH BEAUCHAMP, as Legal               |
13 | Representatives for Jaida George and Ryan| STIPULATION REGARDING SELECTION
   | George, Jr.; VALERIE GEORGE, Individually;| OF MEDIATOR AND DEADLINE FOR
14 | DONALD GEORGE; and TAJMAH                | MEDIATION, AND REMOVING CASE
   | BEAUCHAMP, Individually,                 | FROM THE COURT'S ADR PROGRAM
15 |                                          | AND [PROPOSED] ORDER
   |             Plaintiffs,                  |
16 |                                          | Fed. R. Civ. P. Rule 26(a)(1)(C)
   |     vs.                                  |
17 |                                          |
   | SONOMA COUNTY SHERIFF'S                  |
18 | DEPARTMENT; BILL COGBILL; COUNTY         |
   | OF SONOMA; CALIFORNIA FORENSIC           |
19 | MEDICAL GROUP, INC.; JAMES LUDERS,       |
   | M.D.; MICHAEL E. DAGEY, R.N.; SUTTER     |
20 | HEALTH; SUTTER MEDICAL CENTER OF         |
   | SANTA ROSA; EDWARD W. HARD, M.D.;        |
21 | RICHARD FLINDERS, M.D.; JOSEPH N.        |
   | MATEL, M.D.; NORICK JANIAN, M.D.; and    |
22 | DOES 1 through 25, inclusive,            |
   |                                          |
23 |             Defendants.                  |
24 |
25 |     IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through
26 | their attorneys of record, that: the Honorable Rebecca Westerfield (Ret.) will act as mediator in this
27 | case; in accordance with this Court's February 13, 2009 Case Management and PreTrial Order, the
28 | mediation will be held on or before December 31, 2009, but if the schedules of the parties, their
```

1

counsel and the mediator do not allow for the mediation to be held by that date, the parties will submit a request for an extension of the December 31, 2009 deadline; and because the parties have agreed to private mediation, this case shall be removed from the Court's ADR program.

DATED:  October 7, 2009			SANFORD, WITTELS & HEISLER LLP
						Attorneys for Plaintiffs


						By:  /s/_____
						     Steven L. Wittels, Esq.


DATED:  October 7, 2009			SPAULDING McCULLOUGH & TANSIL LLP
						Attorneys for Defendants
						SONOMA COUNTY SHERIFF'S DEPARTMENT,
						BILL COGBILL and COUNTY OF SONOMA


						By:  /s/_____
						     Terry S. Sterling, Esq.


DATED:  October 7, 2009			TRIMBLE, SHERINIAN & VARANINI
						Attorneys for Defendants
						CALIFORNIA FORENSIC MEDICAL GROUP,
						INC.; JAMES LUDERS, M.D. and MICHAEL E.
						DAGEY, R.N.


						By:  /s/_____
						     Jerome M. Varanini, Esq.


DATED:  October 7, 2009			LAFOLLETTE, JOHNSON, DEHAAS, FESLER &
						AMES
						Attorneys for Defendant
						SUTTER MEDICAL CENTER OF SANTA ROSA


						By:  /s/_____
						     Larry Byron Thornton

2

STIPULATION REGARDING SELECTION OF MEDIATOR AND DEADLINE FOR MEDIATION,
AND REMOVING CASE FROM THE COURT'S ADR PROGRAM AND [PROPOSED] ORDER       3:08-cv-02675-EDL

1  DATED: October 7, 2009                LEWIS BRISBOIS BISGAARD & SMITH LLP
                                         Attorneys for Defendant
2                                        EDWARD W. HARD, JR., M.D.

3

4                                        By: /s/_____
                                             Carol Sleeth, Esq.
5

6  DATED: October 7, 2009                HASSARD BONNINGTON LLP
                                         Attorneys for Defendants
7                                        JOSEPH N. MATEL, M.D. and RICHARD
                                         FLINDERS, M.D.
8

9
                                         By: /s/_____
10                                           Joanna L. Storey, Esq.

11
   DATED: October 7, 2009                ROGASKI, PREOVOLOS, WEBER &
12                                       PATTERSON, LLP
                                         Attorneys for Defendant
13                                       NORICK JANIAN, M.D.

14

15                                       By: /s/_____
                                             Chester A. Rogaski, Jr., Esq.
16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

STIPULATION REGARDING SELECTION OF MEDIATOR AND DEADLINE FOR MEDIATION,
AND REMOVING CASE FROM THE COURT'S ADR PROGRAM AND [PROPOSED] ORDER        3:08-cv-02675-EDL

[~~PROPOSED~~] ORDER

This Court, having read and considered the Stipulation set forth above, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Honorable Rebecca Westerfield (Ret.) will act as mediator in this case.  In accordance with this Court's February 13, 2009 Case Management and PreTrial Order, the mediation will be held on or before December 31, 2009, but if the schedules of the parties, their counsel and the mediator do not allow for the mediation to be held by that date, the parties will submit a Stipulation and request for an extension of the December 31, 2009 deadline. This case shall be removed from the Court's ADR program.

DATED: October __13__, 2009



_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

---

4

STIPULATION REGARDING SELECTION OF MEDIATOR AND DEADLINE FOR MEDIATION, AND REMOVING CASE FROM THE COURT'S ADR PROGRAM AND [PROPOSED] ORDER         3:08-cv-02675-EDL