IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' REQUEST FOR ADDITIONAL DEPOSITION TIME FOR DEFENDANT LUDERS** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants.          / | |

On July 27, 2009, Plaintiffs deposed Defendant James Luders, a physician at the Sonoma County Detention Center, for at least seven hours. On October 15, 2009, Plaintiffs sent a letter to the Court seeking leave to depose Defendant Luders for an additional three hours. On October 19, 2009, Defendant Luders sent a letter to the Court opposing the request for additional deposition time. On October 21, 2009, the Court issued an order requiring additional information regarding Defendant Luders' allegations of time-wasting at the deposition. On October 26, 2009, Defendant Luders submitted his response to the Court' Order and on October 28, 2009, Plaintiffs submitted their response. The Court has reviewed the parties' letters and submissions, and hereby grants Plaintiffs' request for leave to depose Defendant Luders for an additional three hours.

Defendant Luders is a key witness in this case, having treated Ryan George at the Detention Center during the last two weeks of Ryan's life. Further, the amount of time allegedly wasted by Plaintiffs' counsel at the July 2009 deposition is relatively brief and the topics had relevance. Therefore, Plaintiffs' request to depose Defendant Luders for an additional three hours is granted.

The parties shall make their best efforts to schedule this deposition at a mutually convenient time and place as soon as possible to occur sufficiently in advance of Plaintiffs' initial expert disclosure date.

**IT IS SO ORDERED.**

Dated: October 29, 2009

                                           *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge