1 | Gregory G. Spaulding, Esq. (SB# 106606)
  | Terry S. Sterling, Esq.  (SB# 106379)
2 | SPAULDING McCULLOUGH & TANSIL LLP
  | 90 South E Street, Suite 200
3 | P.O. Box 1867
  | Santa Rosa, CA  95402
4 | Telephone: (707) 524-1900 / Facsimile: (707) 524-1906
  | spaulding@smlaw.com; sterling@smlaw.com
5 |
  | Attorneys for Defendants
6 | SONOMA COUNTY SHERIFF'S DEPARTMENT,
  | BILL COGBILL and COUNTY OF SONOMA
7 |

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually, <br><br>              Plaintiffs, <br><br>     vs. <br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; and DOES 1 through 25, inclusive, <br><br>              Defendants. | Case No.:  3:08-cv-02675-EDL <br><br><br>STIPULATION EXTENDING DEADLINE FOR MEDIATION AND [~~PROPOSE~~D] ORDER |

   IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their attorneys of record, that the deadline for the completion of mediation shall be extended to March 31, 2010.  The parties believe that mediation will be most effective if they have completed non-expert discovery first but, due to conflicts in counsels' calendars, the parties will not be able to

complete all non-expert depositions by the current deadline of October 30, 2009. By separate pleading, they will be seeking a two month extension of that deadline. Also, the mediator agreed upon by all parties, Hon. Rebecca Westerfield (Ret.), has no available dates in December 2009, and she has only limited availability in the first two months of 2010. Accordingly, the parties are seeking an extension of the mediation deadline from December 31, 2009 to March 31, 2010.

DATED: October 30, 2009   SANFORD, WITTELS & HEISLER LLP
Attorneys for Plaintiffs

By:  /s/_____
Steven L. Wittels, Esq.

DATED: October 30, 2009   SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Defendants
SONOMA COUNTY SHERIFF'S DEPARTMENT,
BILL COGBILL and COUNTY OF SONOMA

By:  /s/_____
Terry S. Sterling, Esq.

DATED: October 30, 2009   TRIMBLE, SHERINIAN & VARANINI
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP,
INC.; JAMES LUDERS, M.D. and MICHAEL E.
DAGEY, R.N.

By:  /s/_____
Jerome M. Varanini, Esq.

DATED: October 30, 2009   LAFOLLETTE, JOHNSON, DEHAAS, FESLER &
AMES
Attorneys for Defendant
SUTTER MEDICAL CENTER OF SANTA ROSA

By:  /s/_____
Larry Byron Thornton

| | | |
|---|---|---|
| 1 | DATED: October 30, 2009 | HASSARD BONNINGTON LLP<br>Attorneys for Defendants<br>JOSEPH N. MATEL, M.D. and RICHARD FLINDERS, M.D. |

By: /s/_____
    Joanna L. Storey, Esq.

DATED: October 30, 2009    ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP
Attorneys for Defendant
NORICK JANIAN, M.D.

By: /s/_____
    Chester A. Rogaski, Jr., Esq.

3

STIPULATION EXTENDING DEADLINE FOR MEDIATION AND [PROPOSED] ORDER    3:08-cv-02675-EDL

[~~PROPOSED~~] ORDER

This Court, having read and considered the Stipulation set forth above, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for the completion of mediation is extended from December 31, 2009 to March 31, 2010.

DATED: __November 3____, 2009

_____
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*