IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE GEORGE,                       No. C-08-02675 EDL

         Plaintiff,                      **ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE**

   v.

SONOMA COUNTY SHERIFF'S DEPT., et al.,

         Defendants.
_____/

Following the further case management conference held on November 17, 2009, the Court orders:

1. The last day for hearing dispositive motions shall be April 13, 2010 at 9:00 a.m.

2. Plaintiff's initial expert disclosures shall be made no later than January 18, 2010. Defendants' initial expert disclosures shall be made no later than February 2, 2010. Rebuttal expert disclosures shall be made no later than February 9, 2010.

3. All expert discovery shall be completed no later than March 15, 2010. There will be no further expert discovery after that date except by order of the Court for good cause shown.

4. The parties shall meet and confer and notify the Court no later than November 20, 2009 as to whether they intend to keep the July 12, 2010 trial date or to request a later trial date.

5. No later than December 2, 2009, the parties shall file a joint letter brief, not to exceed 10 pages, regarding whether there is good cause to hear Plaintiffs' motion to compel on shortened time.

6. Plaintiffs shall file a dismissal of Tajmah Beauchamp no later than November 20, 2009.

7. All other provisions of this Court's Case Management and Pretrial Order for Jury Trial filed February 13, 2009 shall remain in effect.

**IT IS SO ORDERED.**

Dated: November 18, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

2