Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94104
Telephone:  (415) 421-4774
Facsimile:  (415) 421-4784

Steven L. Wittels
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and/or TAJMAH BEAUCHAMP, as Legal Representative(s) for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; ANGUS MATHESON, M.D., and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. 3:08-cv-02675-EDL<br><br>ECF Case<br><br><br>**STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' TIME TO RESPOND SUTTER DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE PLAINTIFF ESTATE'S NINTH CAUSE OF ACTION**<br><br>**JURY TRIAL DEMANDED** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that subject to the Court's approval, the date for Plaintiffs to respond to Defendants Sutter Health and Sutter Medical Center of Santa Rosa's motion for judgment on the pleadings as to the Plaintiff-Estate's Ninth Cause of Action shall be as follows:

(i) Plaintiffs' response to the above-described Defendant's motion shall be due January 5, 2010.

(ii) Defendants' reply in support of their motion shall be due January 12, 2010.

(iii) The hearing date for the Sutter Defendants' motion shall be moved to January 26, 2010 at 9:00 AM.

**SO STIPULATED.**

DATED: November 24, 2009          SANFORD, WITTELS & HEISLER, LLP
                                  Attorneys for Plaintiffs
                                  VALERIE GEORGE, TAJMAH BEAUCHAMP,
                                  and DONALD GEORGE

                                  By:      /s/ Steven L. Wittels
                                           Steven L. Wittels, Esq.


DATED: November 24, 2009          LAFOLLETTE, JOHNSON, DEHAAS, FESLER
                                  & AMES
                                  Attorneys for Defendant
                                  SUTTER MEDICAL CENTER OF SANTA ROSA


                                  By:      /s/ Larry Byron Thornton
                                           Larry Byron Thornton, Esq.


SO ORDERED: November 30, 2009     _Elizabeth D. Laporte_
                                  U.S.D.M.J.

2