IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER SETTING TRIAL DATE** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

Pursuant to the Court's Order, the parties submitted letters on November 25, 2009 and December 2, 2009 setting forth their positions on the trial date and the length of trial in this matter. The Court has reviewed the parties' submissions, and continues the trial to September 7, 2010 at 8:30 a.m. The Court is not making any decision at this time as to how the trial days will be allocated to each party. The pretrial conference is continued to August 17, 2010 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: December 3, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge