HASSARD BONNINGTON LLP
MARC N. ZIMMERMAN, ESQ., State Bar No. 100521
R. WESLEY PRATT, ESQ., State Bar No. 191159
JOANNA L. STOREY, ESQ., State Bar No. 214952
Two Embarcadero Center, Suite 1800
San Francisco, California  94111-3941
Telephone:  (415) 288-9800
Fax:  (415) 288-9801
Email: jls@hassard.com

Attorneys for Defendants
JOSEPH R. MATEL, M.D.
and RICHARD FLINDERS, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORWICK JANIAN, M.D.; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C-08-02675 EDL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DROPPING DEFENDANTS RICHARD FLINDERS, M.D.'S AND JOSEPH MATEL, M.D.'S MOTION TO DISMISS WITH PREJUDICE**<br><br>Date:  Tuesday, January 26, 2010<br>Time:  2:00 p.m.<br>Courtroom:  E, 15th Floor<br>Hon. Elizabeth D. Laporte<br><br>Third Amended Complaint Filed:<br>    February 24, 2009<br><br>Jury Trial Date:  September 7, 2010<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs, by and through their attorneys of record, and defendants Richard Flinders, M.D. and Joseph Matel, M.D., by and through their attorneys of

-1-

**STIPULATION AND [PROPOSED] ORDER**
P:\Wdocs\HBMAIN\00045\00213\00445890.DOC-11210

record hereby stipulate as follows:

1. Defendants Richard Flinders, M.D. and Joseph Matel, M.D. have filed a motion to dismiss. The matter is currently set for hearing to take place on Tuesday, January 26, 2010, at 2:00 p.m. before the Honorable Elizabeth D. Laporte.

2. Counsel for moving defendants has reviewed the plaintiffs' opposition to the motion to dismiss. Based upon the authorities reviewed, counsel for moving defendants have asked plaintiffs to stipulate that the motion should be dropped with prejudice and without the need for a hearing on the merits of the motion.

3. The parties respectfully ask the Court for an Order dropping the motion to dismiss with prejudice.

HASSARD BONNINGTON LLP

/ S /

_____
R. Wesley Pratt

Attorneys for Defendants
JOSEPH R. MATEL, M.D. and RICHARD FLINDERS, M.D.

SANFORD WITTELS & HEISLER, LLP

/ S /

_____
Steven L. Wittels

Attorneys for Plaintiffs

-2-

**STIPULATION AND [PROPOSED] ORDER**
P:\Wdocs\HBMAIN\00045\00213\00445890.DOC-11210

## ORDER

Defendants Richard Flinders, M.D. and Joseph Matel, M.D. have filed a motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure. Plaintiffs and moving Defendants, by and through their respective attorneys of record, ask this Court to drop the motion from calendar with prejudice. The Court hereby accepts the stipulation and drops the matter with prejudice and without reaching the merits of the motion.

IT IS SO ORDERED.

Dated: January 13, 2010

_____
Elizabeth D. Laporte
United States Magistrate Judge