Gregory G. Spaulding, Esq. (SB# 106606)
Terry S. Sterling, Esq.  (SB# 106379)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone: (707) 524-1900 / Facsimile: (707) 524-1906
spaulding@smlaw.com; sterling@smlaw.com

Attorneys for Defendants
SONOMA COUNTY SHERIFF'S DEPARTMENT,
BILL COGBILL and COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:  3:08-cv-02675-EDL<br><br>[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL AND COUNTY DEFENDANTS' MOTION TO QUASH<br><br>Date: January 12, 2010<br>Time: 2:00 p.m.<br>Ctrm: E, 15th Floor<br><br>Magistrate Judge Elizabeth D. Laporte |

Plaintiffs filed their Motion to Compel on November 13, 2009.  On December 11, 2009, this Court filed its Order Setting Briefing Schedule And Hearing Date For Plaintiffs' Motion To Compel Depositions Of District Attorney Stephan Passalacqua, Assistant District Attorney Robert LaForge And Dr. R. Ward Hagar And Finding The Remainder Of Plaintiffs' Motion To Compel Untimely.

1  The December 11, 2009 Order disposed of the most of Motion to Compel, with the exception of
2  plaintiffs' request for an Order allowing them to take the depositions of District Attorney Stephan
3  Passalacqua, Assistant District Attorney Robert LaForge and Dr. R. Ward Hagar.  Plaintiffs' request
4  to take those depositions, and the County defendants' Motion To Quash Deposition Subpoenas For
5  Depositions Of Dr. R. Ward Hagar, Stephen Passalacqua And Robert La Forge, came on for hearing
6  on January 12, 2010.  After considering all pleadings, papers and arguments in support of and in
7  opposition to the Motion to Compel and the Motion to Quash, and good cause appearing therefore,
8      IT IS HEREBY ORDERED that the Motions are denied in part and granted in part.  The
9  Motion to Compel's request for an Order allowing plaintiffs to take the depositions of District
10 Attorney Stephan Passalacqua, Assistant District Attorney Robert LaForge and Dr. R. Ward Hagar is
11 denied.  Sonoma County's counsel has represented to the Court that Sonoma County will not call  Dr.
12 Hagar as an expert in this case.  The Motion to Quash the deposition subpoenas served on District
13 Attorney Stephan Passalacqua, Assistant District Attorney Robert LaForge and Dr. R. Ward Hagar is
14 granted.
15     IT IS HEREBY FURTHER ORDERED that the Motion to Compel the Sonoma County
16 District Attorney's Office to produce copies of any witness statements relating to the District
17 Attorney's investigation into the death of Ryan George that are in the custody or under the control of
18 the Sonoma County District Attorney's Office, is granted.  Copies of such witness statements shall be
19 produced by the Sonoma County District Attorney's Office within twenty (20) days of the date of this
20 Order.

22 DATED: __February 1__, 2010       _____
                                    HONORABLE ELIZABETH D. LAPORTE