Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94104
Telephone: (415) 421-4774
Facsimile: (415) 421-4784

Steven L. Wittels
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
*Admitted Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and/or TAJMAH BEAUCHAMP, as Legal Representative(s) for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; ANGUS MATHESON, M.D., and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. 3:08-cv-02675-EDL<br><br>ECF Case<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE PRETRIAL CASE MANAGEMENT DEADLINES**<br><br>**JURY TRIAL DEMANDED** |

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their attorneys of record, that:

(i) In order to avoid the expense and time of potentially unnecessary expert discovery and dispositive motion practice, and

(ii) To facilitate the mediation scheduled for March 23, 2010,

subject to the Court's approval, the Order Following Further Case Management Conference dated November 18 2009 (Doc #226), is hereby amended as follows:

1. ALTERNATIVE DISPUTE RESOLUTION -- MEDIATION

    All parties have agreed to privately mediate this case and attend a full-day mediation scheduled before the Honorable Rebecca Westerfield (of JAMS) on March 23, 2010.

2. EXPERTS

    a. Plaintiffs shall disclose the names of their rebuttal experts by February 19, 2010;

    b. Rebuttal reports shall be produced by February 22, 2010; and

    c. All expert discovery, including depositions of experts, shall be completed no later than May 7, 2010.

3. MOTIONS

    a. The last day for hearing dispositive motions shall be June 15, 2010, 9:00a.m, without prejudice to motions being heard on an earlier date.

    b. The parties agree to file their dispositive motions at least ~~50~~ 57 days before the noticed hearing date.

2

    c.  Responsive papers to dispositive motions shall be filed ~~25~~ 32 days before the noticed hearing date.

    d.  Reply papers in support of dispositive motions shall be filed ~~14~~ 21 days before the noticed hearing date.

4. **TRIAL**

The trial date of September 7, 2010 which the Court set by Order dated December 3, 2009 (Doc #233) shall remain in effect.

DATED: February 3, 2010

SANFORD, WITTELS & HEISLER, LLP
Attorneys for Plaintiffs
VALERIE GEORGE, TAJMAH BEAUCHAMP, and DONALD GEORGE

By:     /s/
    Steven L. Wittels, Esq.

DATED: February 3, 2010

SPAULDING McCULLOUGH & TANSIL, LLP
Attorneys for Defendants
SONOMA COUNTY SHERIFF'S DEPARTMENT, BILL COGBILL and COUNTY OF SONOMA

By:     /s/
    Terry S. Sterling, Esq.

DATED: February 3, 2010

TRIMBLE, SHERINIAN & VARANINI
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D. and MICHAEL E. DAGEY, R.N.

By:     /s/
    Jerome M. Varanini, Esq.

DATED: February 3, 2010                LAFOLLETTE, JOHNSON, DEHAAS, FESLER
                                                              & AMES
                                                              Attorneys for Defendant
                                                              SUTTER MEDICAL CENTER OF SANTA ROSA

                                                             By:  /s/
                                                                  Larry Byron Thornton, Esq.


DATED: February 3, 2010                HASSARD BONNINGTON LLP
                                                             Attorneys for Defendants
                                                             JOSEPH N. MATEL, M.D. and RICHARD
                                                             FLINDERS, M.D.

                                                            By:  /s/
                                                                 Joanna L. Storey, Esq.


DATED: February 3, 2010                ROGASKI, PREOVOLOS, WEBER &
                                                             PATTERSON, LLP
                                                             Attorneys for Defendant
                                                             NORICK JANIAN, M.D.

                                                            By:  /s/
                                                              Chester A. Rogaski, Jr., Esq.


Dated:  February 8, 2010
SO ORDERED: _____*Elijah D. Laporte*_____
                                               U.S.D.M.J.

4