HASSARD BONNINGTON LLP
MARC N. ZIMMERMAN, ESQ., State Bar No. 100521
R. WESLEY PRATT, ESQ., State Bar No. 191159
JOANNA L. STOREY, ESQ., State Bar No. 214952
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
Email: jls@hassard.com

Attorneys for Defendants
JOSEPH R. MATEL, M.D.
and RICHARD FLINDERS, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et. al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT, et. al.,<br><br>          Defendants. | No. C-08-02675 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER**<br>AS MODIFIED<br><br>Honorable Elizabeth D. Laporte<br><br>Third Amended Complaint Filed: February 24, 2009<br><br>Jury Trial Date: September 7, 2010<br><br>**JURY TRIAL DEMANDED** |

Defendants Joseph R. Matel, M.D. and Richard Flinders, M.D. intend to submit a motion for summary judgment, or alternatively, summary adjudication, against plaintiffs' Third Amended complaint. Plaintiffs allege nineteen causes of action against the defendants. Joseph R. Matel, M.D. and Richard Flinders, M.D. intend to move for motion for summary judgment, or alternatively, summary adjudication, as to most of the nine causes of action alleged against them.

/ / /

In order to properly support the motion for motion for summary judgment, or alternatively, summary adjudication, on each cause of action against Joseph R. Matel, M.D. and Richard Flinders, M.D., defendants believe significantly more space is needed than the allowed 25 pages allowed pursuant to Local Rules 7-2(b) and 7-4(b).

In light of the Court March 5, 2010 Order granting the ex parte application by Defendants Sutter Health and Sutter Medical Center of Santa Rosa to file a memorandum of points and authorities in support of their motion for summary judgment not exceeding 55 pages in length, plaintiffs do not oppose Joseph R. Matel, M.D. and Richard Flinders, M.D.'s request for a 55 page limit.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Rule 7-12, that, subject to the Court's approval, defendants Joseph R. Matel, M.D. and Richard Flinders, M.D. be permitted to file a memorandum of points and authorities in support of their motion for summary adjudication not to exceed 55 pages in length.

Dated: March 16, 2010          HASSARD BONNINGTON LLP

/ S /

_____
Joanna L. Storey

Attorneys for Defendants
JOSEPH R. MATEL, M.D. and RICHARD FLINDERS, M.D.

Dated: March 16, 2010          SANFORD WITTELS & HEISLER LLP

/ S /

_____
Steven Wittels

Attorneys for Plaintiffs
VALERIE GEORGE, DONALD GEORGE, JAIDA GEORGE, and RYAN GEORGE, JR.

-2-

********

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that defendants Joseph R. Matel, M.D. and Richard Flinders, M.D. be allowed to file a memorandum of points and authorities in support of their motion for summary judgment, or alternatively, summary adjudication not exceeding ~~55~~ 50 pages in length.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _March 19, 2010_  _____
Elizabeth D. Laporte
United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte