Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94104
Telephone:  (415) 421-4774
Facsimile:  (415) 421-4784

Steven L. Wittels
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and/or TAJMAH BEAUCHAMP, as Legal Representative(s) for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; ANGUS MATHESON, M.D., and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. 3:08-cv-02675-EDL<br><br>ECF Case<br><br><br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER RE PRETRIAL CASE MANAGEMENT DEADLINES**<br><br><br>**JURY TRIAL DEMANDED** |

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their attorneys of record, that the Stipulation and Order re Pretrial Case Management Deadlines dated February 9, 2010 (Doc #266), is further amended as follows:

1. <u>TRIAL DATE</u>

   All parties have agreed to a trial commencing on January 24, 2011, an available date proposed by the Court.  Accordingly, all intermediate case management deadlines will be extended by approximately 3 months.

2. <u>EXPERTS</u>

   a. All expert discovery, including depositions of experts, shall be completed no later than July 30, 2010.

3. <u>MOTIONS</u>

   a. The last day for hearing dispositive motions shall be September 21, 2010, 9:00a.m, without prejudice to motions being heard on an earlier date.

   b. The parties agree to file their dispositive motions at least 57 days before the noticed hearing date.

   c. Responsive papers to dispositive motions shall be filed 32 days before the noticed hearing date.

   d. Reply papers in support of dispositive motions shall be filed 21 days before the noticed hearing date.

DATED: April 7, 2010	SANFORD, WITTELS & HEISLER, LLP
	Attorneys for Plaintiffs


	By:	            /s/	
		Steven L. Wittels, Esq.

2

| | |
|---|---|
| DATED: April 7, 2010 | SPAULDING McCULLOUGH & TANSIL, LLP<br>Attorneys for Defendants<br>SONOMA COUNTY SHERIFF'S DEPARTMENT, BILL COGBILL and COUNTY OF SONOMA |
| | By: /s/<br>　　　Terry S. Sterling, Esq. |
| DATED: April 7, 2010 | TRIMBLE, SHERINIAN & VARANINI<br>Attorneys for Defendants<br>CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D. and MICHAEL E. DAGEY, R.N. |
| | By: /s/<br>　　　Jerome M. Varanini, Esq. |
| DATED: April 7, 2010 | LAFOLLETTE, JOHNSON, DEHAAS, FESLER & AMES<br>Attorneys for Defendant<br>SUTTER MEDICAL CENTER OF SANTA ROSA |
| | By: /s/<br>　　　Larry Byron Thornton, Esq. |
| DATED: April 7, 2010 | ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP<br>Attorneys for Defendant<br>NORICK JANIAN, M.D. |
| | By: /s/<br>　　　Chester A. Rogaski, Jr., Esq. |

SO ORDERED: _Elijah D. Laporte_
　　　　　　　　　U.S.D.M.J.

Dated: April 8, 2010

3