IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR PAGE LIMIT EXTENSION FOR PLAINTIFFS' OPPOSITION TO SUTTER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

On June 11, 2010, Plaintiffs filed an administrative motion seeking to file a 55-page opposition to the Sutter Defendants' Motion for Summary Judgment. Good cause appearing, the administrative motion is granted.

**IT IS SO ORDERED.**

Dated: June 25, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge