**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

On July 7, 2010, Plaintiffs filed a Motion for Order Authorizing Compromise of Minors' Claims and Appointing Valerie George as Guardian Ad Litem. On that date, the parties also filed a Stipulation re: Shortening Time for Hearing on Plaintiffs' Motion. Good cause appearing, the Court grants the stipulated request to shorten time, and sets the following briefing and hearing schedule.

Any party may file a response to Plaintiffs' Motion for Order Authorizing Compromise of Minors' Claims and Appointing Valerie George as Guardian Ad Litem no later than July 13, 2010. A hearing on Plaintiffs' Motion is scheduled for July 20, 2010 at 9:00 a.m. The Court will notify the parties if a hearing is not necessary.

**IT IS SO ORDERED.**

Dated: July 8, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge