```
 1  Gregory G. Spaulding, Esq. (SB# 106606)
    Terry S. Sterling, Esq.  (SB# 106379)
 2  SPAULDING McCULLOUGH & TANSIL LLP
    90 South E Street, Suite 200
 3  P.O. Box 1867
    Santa Rosa, CA  95402
 4  Telephone: (707) 524-1900 / Facsimile: (707) 524-1906
    spaulding@smlaw.com; sterling@smlaw.com
 5
    Attorneys for Defendants
 6  SONOMA COUNTY SHERIFF'S DEPARTMENT,
    BILL COGBILL and COUNTY OF SONOMA
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and TAJMAH BEAUCHAMP, as Legal Representatives for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>                  Plaintiffs,<br><br>     vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; and DOES 1 through 25, inclusive,<br><br>                  Defendants. | Case No.:  3:08-cv-02675-EDL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING DEFENDANTS COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S DEPARTMENT AND BILL COGBILL TO FILE MEMORANDA OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES IN LENGTH<br><br>Hon. Elizabeth D. Laporte |

Defendants COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S DEPARTMENT and BILL COGBILL intend to file two Motions for Summary Judgment or, in the Alternative, Partial Summary Judgment (one Motion will be filed by COUNTY OF SONOMA and SONOMA COUNTY SHERIFF'S DEPARTMENT (collectively, "the COUNTY") and a separate Motion will

1  be filed by BILL COGBILL).  Plaintiffs allege ten causes of action against the COUNTY and
2  fourteen causes of action against COGBILL.  It is anticipated that the Memorandum of Points and
3  Authorities that will be filed in support of each of the two Motions will exceed the 25 pages allowed
4  by Local Rules 7-2(b) and 7-4(b).  This additional space is necessary to fully argue the complex
5  issues presented by the Third Amended Complaint.  COUNTY and COGBILL cannot provide the
6  Court with a full analysis of the issues subject to summary judgment or partial summary judgment,
7  including a complete analysis of the law and facts pertaining thereto, in 25 pages.  Defendants
8  require additional space, of up to 10 additional pages for each of the two Memoranda that will be
9  filed in support of two Motions.  Therefore, pursuant to Local Rule 7-12:

10   IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel that,
11  subject to the Court's approval, the COUNTY and COGBILL may each file a Memorandum of
12  Points and Authorities in support of their two separate Motions for Summary Judgment or, in the
13  Alternative, Partial Summary Judgment (one Motion to be filed by the COUNTY and one Motion to
14  be filed by COGBILL) of up to 35 pages in length.

15  DATED:  July 23, 2010                     SANFORD, WITTELS & HEISLER LLP
                                              Attorneys for Plaintiffs

18                                            By:  /s/
                                                   Steven L. Wittels, Esq.

20  DATED:  July 23, 2010                     SPAULDING McCULLOUGH & TANSIL LLP
                                              Attorneys for Defendants
21                                            SONOMA COUNTY SHERIFF'S DEPARTMENT,
                                              BILL COGBILL and COUNTY OF SONOMA

23                                            By:  /s/
24                                                 Terry S. Sterling, Esq.

| | | |
|---|---|---|
| 1 | DATED:  July 23, 2010 | TRIMBLE, SHERINIAN & VARANINI |
| 2 | | Attorneys for Defendants |
| | | CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D. and MICHAEL E. DAGEY, R.N. |

By:  /s/
     Jerome M. Varanini, Esq.

DATED:  July 23, 2010

HASSARD BONNINGTON LLP
Attorneys for Defendants
JOSEPH N. MATEL, M.D. and RICHARD FLINDERS, M.D.

By:  /s/
     Joanna L. Storey, Esq.

DATED:  July 23, 2010

LAFOLLETTE, JOHNSON, DEHAAS, FESLER & AMES
Attorneys for Defendant
SUTTER MEDICAL CENTER OF SANTA ROSA

By:  /s/
     Larry Byron Thornton

DATED:  July 23, 2010

ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP
Attorneys for Defendant
NORICK JANIAN, M.D.

By:  /s/
     Chester A. Rogaski, Jr., Esq.

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X.B regarding signatures, I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED:  July 23, 2010        SPAULDING McCULLOUGH & TANSIL LLP
                             Attorneys for Defendants
                             SONOMA COUNTY SHERIFF'S DEPARTMENT,
                             BILL COGBILL and COUNTY OF SONOMA


                             By:  /s/
                                  Terry S. Sterling, Esq.

[PROPOSED] ORDER

Based on the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Defendants COUNTY OF SONOMA and SONOMA COUNTY SHERIFF'S DEPARTMENT (collectively, "the COUNTY"), and BILL COGBILL may each file a Memoranda of Points and Authorities in support of their separate Motions for Summary Judgment or, in the Alternative, Partial Summary Judgment (one Motion to be filed by the COUNTY and one Motion to be filed by COGBILL) of up to 35 pages in length.

Dated: July 26, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte