HASSARD BONNINGTON LLP
MARC N. ZIMMERMAN, ESQ., State Bar No. 100521
JOANNA L. STOREY, ESQ., State Bar No. 214952
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
Email: jls@hassard.com

Attorneys for Defendants
JOSEPH R. MATEL, M.D.
and RICHARD FLINDERS, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et. al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT, et. al.,<br><br>　　　　　　Defendants. | No. C-08-02675 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER** AS MODIFIED<br><br>Requested Hearing Date: 08-10-2010<br><br>Honorable Elizabeth D. Laporte<br><br>Third Amended Complaint Filed:<br>　February 24, 2009<br><br>Jury Trial Date: January 24, 2011 |

　　　Defendants Joseph R. Matel, M.D. and Richard Flinders, M.D. intend to submit a motion for determination of good faith settlement. IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Rule 6-1(b), that, subject to the Court's approval, that the motion for determination of good faith settlement to be brought by defendants Joseph R. Matel, M.D. and Richard Flinders, M.D. may be heard on shortened time. The reason the parties request the shortened time for the motion is that discovery and dispositive motion deadlines are imminent. Also, the minor's compromise was only recently approved by the Court.

///

| | | |
|---|---|---|
| 1 | The parties further agree to the following briefing schedule: | |
| 2 | Motion due: | July 27, 2010. |
| 3 | Opposition due: | August 3, 2010. |
| 4 | Reply due: | August 6, 2010. |
| 5 | Hearing Date: | Tuesday, August 10, 2010, at 2:00 p.m. |

Dated: July 23, 2010          HASSARD BONNINGTON LLP

/ S / *Joanna L. Storey*
_____
**Joanna L. Storey**
Attorneys for Defendants
JOSEPH R. MATEL, M.D. and RICHARD FLINDERS, M.D.

Dated: July 23, 2010          SANFORD WITTELS & HEISLER LLP

/ S / *(as authorized on 07/23/2010)*
_____
**Steven Wittels**
Attorneys for Plaintiffs
VALERIE GEORGE, DONALD GEORGE, JAIDA GEORGE, and
RYAN GEORGE, JR.

Dated: July 23, 2010          SPAULDING, MCCULLOUGH & TANSIL LLP

/ S / *(as authorized on 07/23/2010)*
_____
**Terry S. Sterling**
Attorneys for Defendants
SONOMA COUNTY SHERIFF'S DEPARTMENT, BILL COGBILL AND COUNTY OF SONOMA

Dated: July 23, 2010          TRIMBLE SHERINIAN & VARANINI

/ S / *(as authorized on 07/22/2010)*
_____
**Jerome M. Varanini**
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., MICHAEL E. DAGEY, R.N., JAMES LUDERS, M.D.

-2-

STIPULATION AND [PROPOSED] ORDER
P:\Wdocs\HBMAIN\00045\00213\00499186.DOC-72310

| | | |
|---|---|---|
| 1 | Dated: July 23, 2010 | LAFOLLETTE JOHNSON DEHAAS |
| 2 | | / S / *(as authorized on 07/23/2010)* |
| 3 | | **Larry Byron Thornton**<br>Attorneys for Defendants |
| 4 | | SUTTER HEALTH AND SUTTER<br>MEDICAL CENTER OF SANTA ROSA |
| 6 | Dated: July 23, 2010 | ROGASKI, PREOVOLOS, WEBER & PATTERSON |
| 7 | | / S / *(as authorized on 07/23/2010)* |
| 8 | | **Ralph Andino**<br>Attorneys for Defendants |
| 9 | | NORICK JANIAN, M.D. |

********

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the motion for determination of good faith settlement by defendants Joseph R. Matel, M.D. and Richard Flinders, M.D. shall be heard on shortened time with the following briefing schedule:

Motion due:      July 27, 2010.
Opposition due:  ~~August 3~~, 2010.  *noon on August 2*
Reply due:       ~~August 6~~. 2010.  *August 3*
Hearing Date:    ~~Tuesday, August 10~~, 2010, at 2:00 p.m.  *Wednesday, August 11*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 26, 2010

*Elizabeth D. Laporte*
Elizabeth D. Laporte
United States Magistrate Judge