IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER REGARDING FUTURE FILINGS** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

The Court notes that in the past, the parties have filed many unauthorized briefs in this case. Going forward, no party in this case may file supplemental briefs following the filing of a reply brief on any motion or following a hearing unless that party has leave of court. See Civil Local Rule 7-3(d). The Court will not consider any supplemental briefs or documents filed without leave of court. Leave of court will only be granted based on very good cause.

**IT IS SO ORDERED.**

Dated: October 19, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge