IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER REQUIRING RESPONSE UNDER CIVIL LOCAL RULE 7-9(d)** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

On October 21, 2010, Plaintiffs filed a Motion for Leave to File Motion for Reconsideration of Order Dismissing Plaintiffs' Wrongful Death and Other State Law Claims Against the County and Sheriff's Department. Pursuant to Civil Local Rule 7-9(d), "[u]nless otherwise ordered by the assigned Judge, no response need be filed and no hearing will be held concerning a motion for leave to file a motion to reconsider." However, the Court may order the filing of additional papers. See Civ. L.R. 7-9(d). Accordingly, no later than November 10, 2010, the County Defendants shall file a response to Plaintiffs' Motion for Leave.

**IT IS SO ORDERED.**

Dated: October 27, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge