HASSARD BONNINGTON LLP
MARC N. ZIMMERMAN, ESQ., State Bar No. 100521
JOANNA L. STOREY, ESQ., State Bar No. 214952
Two Embarcadero Center, Suite 1800
San Francisco, California  94111-3941
Telephone:  (415) 288-9800
Fax:  (415) 288-9801
Email: jls@hassard.com

Attorneys for Defendants
JOSEPH R. MATEL, M.D.
and RICHARD FLINDERS, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et. al.,<br><br>            Plaintiffs,<br><br>  vs.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT, et. al.,<br><br>            Defendants. | No. C-08-02675 EDL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS JOSEPH R. MATEL, M.D. AND RICHARD FLINDERS, M.D. WITH [PROPOSED] ORDER**<br><br>Honorable Elizabeth D. Laporte<br><br>Third Amended Complaint Filed:<br>   February 24, 2009<br><br>Jury Trial Date:  January 24, 2011 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as against defendants Joseph R. Matel, M.D. and Richard Flinders, M.D., pursuant to FRCP 41(a)(1).

Dated:  October 29, 2010                HASSARD BONNINGTON LLP

                                           / S / *Joanna L. Storey*
                                        _____
                                        **Joanna L. Storey**
                                        Attorneys for Defendants
                                        JOSEPH R. MATEL, M.D. and RICHARD FLINDERS, M.D.

SANFORD WITTELS & HEISLER LLP

/ S / *(as authorized on Oct. 29, 2010)*
_____
**Steven Wittels**
Attorneys for Plaintiffs
VALERIE GEORGE, DONALD GEORGE,
JAIDA GEORGE, and
RYAN GEORGE, JR.


SPAULDING, MCCULLOUGH & TANSIL

/ S / *(as authorized on Sept. 2, 2010)*
_____
**Terry S. Sterling**
Attorneys for Defendants
SONOMA COUNTY SHERIFF'S
DEPARTMENT, BILL COGBILL AND
COUNTY OF SONOMA


TRIMBLE SHERINIAN & VARANINI

/ S / *(as authorized on Sept. 2, 2010)*
_____
**Jerome M. Varanini**
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL
GROUP, INC., MICHAEL E. DAGEY, R.N.,
JAMES LUDERS, M.D.


LAFOLLETTE JOHNSON DEHAAS

/ S / *(as authorized on Sept. 2, 2010)*
_____
**Larry Byron Thornton**
Attorneys for Defendants
SUTTER HEALTH AND SUTTER
MEDICAL CENTER OF SANTA ROSA


ROGASKI, PREOVOLOS, WEBER

/ S / *(as authorized on Sept. 2, 2010)*
_____
**Ralph Andino**
Attorneys for Defendants
NORICK JANIAN, M.D.

-2-

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
P:\Wdocs\HBMAIN\00045\00213\00508500.DOC-102910

1  ********

2  GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that

3  defendants Joseph R. Matel, M.D. and Richard Flinders, M.D. are dismissed with prejudice.

4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

6  Dated:  10/29/10

7  Elizabeth D. Laporte
   United States Magistrate Judge



-3-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
P:\Wdocs\HBMAIN\00045\00213\00508500.DOC-102910