# TRIMBLE, SHERINIAN & VARANINI

2500 VENTURE OAKS WAY, SUITE 350 • P.O. BOX 590   95812-0590
SACRAMENTO, CALIFORNIA 95833
TELEPHONE (916) 313-7516   FACSIMILE (916) 442-5750
E-Mail   jvaranini@tsvlaw.com

JEROME M. VARANINI-Direct Line (916) 313-7509

November 1, 2010

Chief Magistrate Judge Maria-Elena James
United State District Court
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re:   George v. CFMG et al.
      Case No.: 3:08-cv-02675 EDL

Dear Chief Magistrate James:

The undersigned represents defendants Dr. James Luders, the California Forensic Medical Group, Inc. ("CFMG") and Michael Dagey, R.N. in this case.

This letter is to request permission from the court for telephone standby for defendant Dagey. A representative from CFMG with full authority will attend the settlement conference as will Dr. James Luders. Mr. Dagey has only recently relocated to San Diego where he will be working for CFMG. Mr. Dagey did not perform any nursing duties with respect to Mr. George. Mr. Dagey was the Program Manager and his function at the time of Mr. George's incarceration was administrative. In any event, any coverage for Mr. Dagey would be and is provided by CFMG.

This letter, then, requests permission for Mr. Dagey to be excused from personal appearance at the settlement conference due to his recent relocation and to be available by telephone as needed.

Very truly yours,

JEROME M. VARANINI

JMV:jm
cc: All counsel via ECF

November 3, 2010



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA