IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SONOMA COUNTY SHERIFF'S DEPT., et al.,<br><br>    Defendants.<br>_____/ | No. C-08-02675 EDL<br><br>**AMENDMENT TO OCTOBER 19, 2010 ORDER GRANTING IN PART AND DENYING IN PART COUNTY DEFENDANTS' MOTIONS TO EXCLUDE EVIDENCE AND DENYING COUNTY DEFENDANTS' MOTION TO STRIKE** |

The Court amends the paragraph at page 5, line 25 through page 6, line 2 of its October 19, 2010 Order Granting in Part and Denying in Part County Defendants' Motions to Exclude Evidence and Denying County Defendants' Motion to Strike. The paragraph shall read:

Wittels Declaration, Exhibit 98: Mental Health Management Ills. County Defendants argue that this 2004 report is irrelevant because it addresses issues pertaining to the Mental Health Services Division of the Sonoma County Department of Health Services, regarding in large part, a facility that is no longer in operation. Plaintiffs argue that this report is relevant because the evaluations of Ryan by the County Mental Health Services were grossly inadequate. This report is irrelevant. Mental health services are not at issue in this case. The relevance objection is sustained.

**IT IS SO ORDERED.**

Dated: November 12, 2010

                                                 ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge