**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER REFERRING CASE FOR FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. / | |

This matter is referred to Magistrate Judge Maria-Elena James for a further settlement conference between Plaintiffs and Defendant Janian.

**IT IS SO ORDERED.**

Dated: November 16, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge