IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>SONOMA COUNTY SHERIFF'S DEPT., et al.,<br><br>      Defendants.<br>                                           / | No. C-08-02675 EDL<br><br>**ORDER VACATING PRETRIAL CONFERENCE DATE AND REFERRING FOR FURTHER SETTLEMENT CONFERENCE** |

    In order to accommodate a further settlement conference in this case, the pretrial conference scheduled for December 21, 2010 is vacated. The Court will notify the parties of the continued date of the pretrial conference. No later than December 13, 2010, the parties shall file: (1) any objections to exhibits or to the use of deposition excerpts or other discovery; (2) any objections to non-expert witnesses; (3) any objection to proposed voir dire questions, jury instructions and verdict forms; and (4) any oppositions to motions in limine. This matter is referred to Magistrate Judge Donna Ryu for a further settlement conference.

**IT IS SO ORDERED.**

Dated: December 2, 2010

                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge