Thomas Marc Litton, Esq. (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94104
Telephone: (415) 421-4774
Facsimile: (415) 421-4784

Steven L. Wittels, Esq.
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas
31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@swhlegal.com
*Admitted Pro Hac Vice*
**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Valerie George, et al.,**  )<br>)<br>            **Plaintiffs,**  )<br>)<br>     v.  )<br>)<br>**Sonoma County Sheriff's Department, et al.**  )<br>)<br>            **Defendants.**  )<br>) | CASE NO. 3:08-cv-02675 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL DEADLINES** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties that, subject to the Court's approval, in order to accommodate a further settlement conference in this case (anticipated to take place December 17, 2010), the pretrial deadlines for the following shall be extended to December 23, 2010:

(1) any objections to exhibits or to the use of deposition excerpts or other discovery;

(2) any objections to non-expert witnesses;

(3) any objection to proposed voir dire questions, jury instructions and verdict forms; and

(4) any oppositions to motions in limine.

1 | **SO STIPULATED.**

2 | DATED: December 3, 2010        SANFORD, WITTELS & HEISLER, LLP

3 |                                Attorneys for Plaintiffs

5 |                                By:         /s/

6 |                                    Steven L. Wittels, Esq.

8 | DATED: December 3, 2010        LAFOLLETTE, JOHNSON, DEHAAS, FESLER & AMES
9 |                                Attorneys for Defendant
10|                                SUTTER MEDICAL CENTER OF SANTA ROSA

12|                                By:         /s/

13|                                    Larry Byron Thornton, Esq.

14| DATED: December 3, 2010        ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP
15|                                Attorneys for Defendant
16|                                NORICK JANIAN, M.D.

18|                                By:         /s/

19|                                    Chester A. Rogaski, Jr., Esq.

25|     Dated:  December 6, 2010

26| SO ORDERED: _____Elijah D. Laporte_____
27|                                U.S.D.M.J.

---

CASE NO. 3:08-cv-02675 EDL – Stipulation and [Proposed] Order Extending Pretrial Deadlines