IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER SETTING PRETRIAL DATE** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. / | |

The pretrial conference in this case is set for January 13, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 8, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge