IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE GEORGE, et al.,           No. C-08-02675 EDL

    Plaintiffs,                   **ORDER FOLLOWING TELEPHONE CONFERENCE**

  v.

SONOMA COUNTY SHERIFF'S DEPT., et al.,

    Defendants.

       At the telephone conference on December 21, 2010, the Court set the following dates:

1. The trial shall begin on February 7, 2011 at 8:30 a.m. Trial is set for ten days.

2. No later than noon on January 10, 2011, the parties shall file a joint proposed jury questionnaire.

3. No later than December 29, 2010, the parties shall file an amended joint pretrial conference statement, a <u>joint</u> set of proposed jury instructions, and revised separate jury instructions.

4. Any objections to the revised separate jury instructions shall be filed no later than noon on January 3, 2011.

**IT IS SO ORDERED.**

Dated: December 21, 2010

                                           ELIZABETH D. LAPORTE
                                           United States Magistrate Judge