United States District Court
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8

VALERIE GEORGE, et al.,                           No. C-08-02675 EDL

9

        Plaintiffs,                                 **ORDER SETTING BRIEFING**
                                                              **SCHEDULE AND HEARING DATE**

10

  v.

11

SONOMA COUNTY SHERIFF'S DEPT.,
et al.,

12

        Defendants.

13

_____/

14
15

     On December 23, 2010, Plaintiffs filed a Motion for Order Authorizing Compromise of

16

Minors' Claims Against County and CFMG Defendants.  Any party may file a response to

17

Plaintiffs' Motion no later than January 14, 2011.  A hearing on Plaintiffs' Motion is scheduled for

18

January 25, 2011 at 9:00 a.m.  The Court will notify the parties if a hearing is not necessary.

     **IT IS SO ORDERED.**

19

Dated: January 3, 2011

20

                         _Elizabeth D. Laporte_
                         ELIZABETH D. LAPORTE
                         United States Magistrate Judge

21
22
23
24
25
26
27
28