Thomas Marc Litton, Esq. (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94104
Telephone: (415) 421-4774
Facsimile: (415) 421-4784

Steven L. Wittels, Esq.
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas
31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@swhlegal.com
*Admitted Pro Hac Vice*
**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Valerie George, et al.,** | CASE NO. 3:08-cv-02675 EDL |
| **Plaintiffs,** | |
| v. | **STIPULATION AND NOTICE OF WITHDRAWAL OF DEFENDANT NORICK JANIAN'S MOTIONS IN LIMINE** AND ORDER THEREON |
| **Sonoma County Sheriff's Department, et al.** | |
| **Defendants.** | Date: January 13, 2011<br>Time: 1:30 p.m.<br>Courtroom: E, 15th Floor |

IT IS HEREBY STIPULATED by and between the undersigned as follows:

Defendant Norick Janian, M.D. withdraws his Motions in Limine, filed December 1, 2010, provided that (1) the settlement entered into with Plaintiffs is executed by the parties and approved by the Court and (2) the minors' compromise is approved.

**SO STIPULATED.**

---

CASE NO. 3:08-cv-02675 EDL – Stipulation and Notice of Withdrawal of Defendant Norick Janian's Motions in Limine

1

|   |   |
|---|---|
| 1 | **SANFORD WITTELS & HEISLER, LLP** |
| 2 |   |
| 3 |   |
| 4 | By:_____/s_____ |
| 5 | Steven L. Wittels |
| 6 | 1350 Avenue of the Americas<br>31st Floor |
| 7 | New York, NY 10019 |
| 8 | *Admitted Pro Hac Vice* |
| 9 | Thomas Marc Litton (CA Bar # 119985) |
| 10 | 555 Montgomery Street, Suite 820<br>San Francisco, CA 94104 |
| 11 | *Attorneys for Plaintiffs* |
| 12 |   |
| 13 | **ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP** |

By: _____/s_____

Chester A. Rogaski, Jr., Esq. (#48560)
Ralph Andino, Esq. (#236649)
455 Devlin Road, Suite 100
Napa, CA  94548

*Attorneys for Defendant*

SO ORDERED_____

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. 3:08-cv-02675 EDL – Stipulation and Notice of Withdrawal of Defendant Norick Janian's Motions in Limine

2