IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments for the members of the jury in the above-entitled matter beginning February 7, 2011, at 8:00 a.m. for the duration of the trial, at the expense of the United States.

**IT IS SO ORDERED.**

Dated: February 1, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge