Steven L. Wittels, Esq.
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@swhlegal.com
*Admitted Pro Hac Vice*
**Attorneys for Plaintiffs**

BARRY VOGEL, STATE BAR NO. 108640
LARRY THORNTON, STATE BAR NO. 232265
CAMERON J. WHITEHEAD, STATE BAR NO. 150680
**LA FOLLETTE, JOHNSON,**
**DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone: (916) 563-3100
Facsimile: (916) 565-3704
E-mail: cwhitehead@ljdfa.com
Attorneys for Defendants, SUTTER HEALTH and
SUTTER MEDICAL CENTER OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and/or TAJMAH BEAUCHAMP, as Legal Representative(s) for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA,<br><br>Defendants. | CASE NO.: 3:08-cv-02675-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RYAN GEORGE'S PERSONAL HISTORY AND PRIOR ACTS** |

SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, THAT THE FOLLOWING STATEMENTS REGARDING RYAN GEORGE'S PERSONAL HISTORY AND PRIOR ACTS SHALL BE ADMISSIBLE AT THE TRIAL OF THIS MATTER:

1. That on or about July 12, 2006 and on or about November 22, 2006, Tajmah Beauchamp obtained Emergency Protective Orders against Ryan George, after she alleged that Ryan George assaulted her.

2. That on or about January 26, 2007, Tajmah Beauchamp obtained a Temporary Restraining Order and Notice of Hearing against Ryan George. Ms. Beauchamp alleged that Mr. George assaulted and/or threatened her on three occasions between November 2006 and January 2007. This Temporary Restraining Order was subsequently dismissed on February 20, 2007 when neither Ms. Beauchamp nor Mr. George appeared for the hearing.

3. That on July 29, 2005, Tajmah Beauchamp filed a Complaint against Ryan George for Child Support in favor of minor Jaida George. In that Complaint, Ms. Beauchamp sought support of $255 per month by Mr. George for Jaida George, as well as one-half of all reasonable medical, dental, and vision costs incurred on behalf of Jaida George, beginning August 1, 2005. Judgment establishing that Mr. George was to pay this child support was entered by Sonoma County Superior Court on November 18, 2005. Mr. George did not pay the amount of child support that was ordered by the Court, but he did pay for some of the other expenses of Jaida George.

4. That Ryan George had previously been convicted of a misdemeanor for which he served 30 days with two years probation.

5. That on February 22, 2007, in Sonoma County Superior Court Case No. SCR-491724, Ryan George pleaded guilty to the felony crime of inflicting injury upon a cohabitant, former cohabitant, or the mother of his child (Penal Code § 273.5).

1     6.   That as a result of pleading guilty on February 22, 2007, Ryan George had been
2 incarcerated in Sonoma County Adult Detention Facility for 39 days, from May 31, 2007 until
3 the time of his death on July 9, 2007.  He was scheduled to be released in approximately
4 December 2007.

6     SO STIPULATED.

Dated: February 8, 2011               **LA FOLLETTE, JOHNSON,**
                                      **DE HAAS, FESLER & AMES**

                                      /S/ CAMERON J. WHITEHEAD
                           By:        _____
                                      CAMERON J. WHITEHEAD, SBN 150680
                                      Attorney for Defendants,
                                      SUTTER HEALTH and SUTTER
                                      MEDICAL CENTER OF SANTA ROSA

DATED: February 8, 2011               **SANFORD WITTELS & HEISLER, LLP**

                                      /S/ STEVEN WITTELS
                           By:        _____
                                      STEVEN WITTELS, ESQ.
                                      Attorneys for PLAINTIFFS

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __February 9__, 2011           _____
                                      The Honorable ELIZABETH D. LAPORTE
                                      UNITED STATES MAGISTRATE JUDGE