Thomas Marc Litton, Esq. (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4774
Facsimile: (415) 421-4784

Steven L. Wittels, Esq.
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas
31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
*Admitted Pro Hac Vice*
**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Valerie George, et al.,** | CASE NO. 3:08-cv-02675 EDL |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N., WITH [~~PROPOSED~~] ORDER** |
| v. | |
| **Sutter Health; Sutter Medical Center of Santa Rosa,** | |
| Defendants. | |
| | Honorable Elizabeth D. Laporte |

In accordance with the Court's approval of the minor's compromise, NOTICE IS HEREBY GIVEN that, pursuant to FRCP 41(a)(1), Plaintiffs hereby dismiss the above-captioned action with prejudice as against Defendants Sonoma County Sheriff's Department; Bill Cogbill; County Of Sonoma; California Forensic Medical Group, Inc.; James Luders, M.D.; and Michael E. Dagey, R.N.

1

Dated: February 10, 2011

By:   /s/  *(as authorized on February 10, 2011)*
Steven L. Wittels

SANFORD WITTELS & HEISLER, LLP
**Attorney for Plaintiffs**
VALERIE GEORGE, DONALD GEORGE,
JAIDA GEORGE, and
RYAN GEORGE, JR.

1 ********

2 GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Defendants
3 Sonoma County Sheriff's Department; Bill Cogbill; County Of Sonoma; California Forensic
4 Medical Group, Inc.; James Luders, M.D.; and Michael E. Dagey, R.N., are dismissed with
5 prejudice.

7 PURSUANT TO PLAINTIFF'S VOLUNTARY DISMISSAL, IT IS SO ORDERED.

9 Dated: February 11, 2011          *Elizabeth D. Laporte* (signature)
10                                                Elizabeth D. Laporte
11                                                United States Magistrate Judge

3