**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    VALERIE GEORGE, et al.,

9              Plaintiffs,                    No. C 08-2675  EDL

10        v.                                  ORDER RE LUNCH FOR JURORS
                                              DURING TRIAL
11
     SONOMA COUNTY SHERIFF'S
12   DEPARTMENT, et al.

13             Defendants.
     _____/
14

15        As stipulated by the parties, lunch for the jurors will be provided everyday in the jury room of

16   Courtroom E.  The costs will be split evenly between the parties.  The courthouse security personnel are

17   requested to allow Waiters on Wheels access to deliver every day at 11:30 a.m. starting February 18,

18   2011 until further notice.

19   IT IS SO ORDERED.

20   Dated: February 18, 2011

21                                            _____
                                              ELIZABETH D. LAPORTE
22                                            United States Magistrate Judge

23

24

25

26

27

28