Thomas Marc Litton (CA Bar # 119985)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94104
Telephone: (415) 421-4774
Facsimile: (415) 421-4784

Steven L. Wittels
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@swhlegal.com
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and/or TAJMAH BEAUCHAMP, as Legal Representative(s) for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually, | Case No. 3:08-cv-02675-EDL

ECF Case |
| Plaintiffs, | AS MODIFIED
STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' TIME TO RESPOND SUTTER DEFENDANTS' RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW |
| vs. | |
| SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; ANGUS MATHESON, M.D., and DOES 1 through 25, inclusive, | Date:   May 3, 2011
Time:   9:00 a.m.
Dept.:  Courtroom E, 15th Floor
Judge:  Honorable Elizabeth D. Laporte

**JURY TRIAL DEMANDED** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that subject to the Court's approval, the date for Plaintiffs to respond to the Sutter Defendants' Rule 50(b) motion for judgment as a matter of law shall be as follows:

(i)     Plaintiffs' response to the above-described motion shall be due April 22, 2011;

(ii)    Defendants' reply in support of their motion shall be due April 29, 2011; and

(iii)   The hearing date for the Sutter Defendants' motion shall be moved to May ~~17~~, 19 ~~4:00 p.m.~~ 2011 at ~~9:00 a.m.~~ or such date as convenient for the Court.

**SO STIPULATED.**

DATED: April 1, 2011          SANFORD, WITTELS & HEISLER, LLP
                              Attorneys for Plaintiffs
                              VALERIE GEORGE, TAJMAH BEAUCHAMP,
                              and DONALD GEORGE


                              By:          /s/
                                   Steven L. Wittels, Esq.


DATED: April 1, 2011          LAFOLLETTE, JOHNSON, DEHAAS, FESLER
                              & AMES
                              Attorneys for Defendant
                              SUTTER MEDICAL CENTER OF SANTA ROSA


                              By: _____
                                   Cameron Whitehead, Esq.



SO ORDERED: _____ U.S.D.M.J.

IT IS SO ORDERED
Judge Elizabeth D. Laporte

2