IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE GEORGE,   No. C-08-2675 EDL

    Plaintiff,   **ORDER SETTING PRETRIAL AND TRIAL DATES**

v.

SONOMA COUNTY SHERIFF'S DEPT.,

    Defendant.
_____/

    Following discussions with counsel regarding the re-trial of this case, the Court sets a further pretrial conference on December 13, 2011 at 2:00 p.m. The trial is set for January 9, 2012.

**IT IS SO ORDERED.**

Dated: April _20__, 2011

                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge