IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, | No. C-08-2675 EDL |
| Plaintiff, | **ORDER SETTING TRIAL DATES** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., | |
| Defendant. / | |

The trial in this matter was set for nine consecutive days beginning on January 9, 2012, excluding the court holiday on January 16, 2012. The Court has become unavailable for trial on January 13, 2012 and so will be dark on that day. Therefore, trial in this case is scheduled from January 9-12, 2012, January 17-20, 2012 and January 23, 2012.

**IT IS SO ORDERED.**

Dated: August 8, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge