| | |
|---|---|
| 1 | Gregory G. Spaulding, Esq. (SB# 106606) |
| | Terry S. Sterling, Esq. (SB# 106379) |
| 2 | SPAULDING McCULLOUGH & TANSIL LLP |
| | 90 South E Street, Suite 200 |
| 3 | P.O. Box 1867 |
| | Santa Rosa, CA 95402 |
| 4 | Telephone: (707) 524-1900 / Facsimile: (707) 524-1906 |
| | spaulding@smlaw.com; sterling@smlaw.com |
| 5 | |
| | Attorneys for Defendants |
| 6 | SONOMA COUNTY SHERIFF'S DEPARTMENT, |
| | BILL COGBILL and COUNTY OF SONOMA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and/or TAJMAH BEAUCHAMP, as Legal Representative(s) for Jaida George and Ryan George, Jr.; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually, | | Case No.: 3:08-cv-02675-EDL |
| Plaintiffs, | | [PROPOSED] ORDER FOLLOWING REVIEW OF INDEPENDENT THIRD PARTY EXPERT REPORT AND OF RESPONSE OF DEFENDANTS SONOMA COUNTY SHERIFF'S DEPARTMENT, BILL COGBILL AND COUNTY OF SONOMA |
| vs. | | |
| SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; NORICK JANIAN, M.D.; ANGUS MATHESON, M.D., and DOES 1 through 25, inclusive, | | |
| Defendants. | | |

In accordance with the settlement reached on November 10, 2010 among plaintiffs; defendants COUNTY OF SONOMA (including the SONOMA COUNTY SHERIFF'S DEPARTMENT) and BILL COGBILL (collectively, "the County defendants"); and defendants

1
[PROPOSED] ORDER FOLLOWING REQUEST FOR REVIEW OF INDEPENDENT
THIRD PARTY EXPERT REPORT AND RESPONSE OF DEFENDANTS
SONOMA COUNTY SHERIFF'S DEPARTMENT, BILL COGBILL AND COUNTY OF SONOMA

3:08-cv-02675-EDL

1 CALIFORNIA FORENSIC MEDICAL GROUP, INC., JAMES LUDERS, M.D. and MICHAEL E.
2 DAGEY, R.N., the County defendants have submitted their Request for Review of Independent Third
3 Party Expert Report and of Response of Defendants Sonoma County Sheriff's Department, Bill
4 Cogbill and County of Sonoma. The Court has now completed its review of the expert's report,
5 entitled "Sonoma County Sheriff's Office Main Adult Detention Facilities (MADF) 2011 Independent
6 Review" ("Report"), and the County defendants' response to the Report ("County Response"). Good
7 cause appearing therefore,

IT IS HEREBY ORDERED:

1. The County defendants have fulfilled their obligations under the settlement agreement regarding the independent third party expert review of the medical and correctional practices of the Sonoma County Main Adult Detention Facility;

2. The County acted reasonably in connection with the preparation of the Report and the County Response; and

3. The Report and the County Response shall be held as confidential, neither document shall be made part of the Court record, and the originals and all copies of the Report and the County Response will be returned to the County's attorneys.

DATED: 10/26, 2011

Chief Magistrate Judge Maria-Elena James

---

2
[PROPOSED] ORDER FOLLOWING REQUEST FOR REVIEW OF INDEPENDENT　　　3:08-cv-02675-EDL
THIRD PARTY EXPERT REPORT AND RESPONSE OF DEFENDANTS
SONOMA COUNTY SHERIFF'S DEPARTMENT, BILL COGBILL AND COUNTY OF SONOMA