IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER SETTING DEADLINE TO FILE MOTIONS FOR GOOD FAITH SETTLEMENT** |
| v. | |
| SUTTER MEDICAL CENTER OF SANTA ROSA, et al., | |
| Defendants. / | |

The Court has been informed that the parties have fully settled this matter. Plaintiffs' counsel has informed the Court that he intends to file motions for good faith settlement by the end of November 2011. Accordingly, any motions for good faith settlement shall be filed no later than November 29, 2011, and set for hearing on January 3, 2012.

**IT IS SO ORDERED.**

Dated: November 2, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge