**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE GEORGE, et al.,

    Plaintiffs,

  v.

SONOMA COUNTY SHERIFF'S DEPT., et al.,

    Defendants.

No. C-08-02675 EDL

**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE**

On November 22, 2011, Plaintiffs filed a Motion for Order Authorizing Compromise of Minors' Claims Against the Sutter Defendants. Any party may file a response to Plaintiffs' Motion no later than December 13, 2011. A hearing on Plaintiffs' Motion is scheduled for January 3, 2012 at 9:00 a.m. The Court will notify the parties if a hearing is not necessary.

**IT IS SO ORDERED.**

Dated: November 28, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge