IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GEORGE, et al., | No. C-08-02675 EDL |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

On November 22, 2011, Plaintiffs filed a Motion for Order Authorizing Compromise of Minors' Claims Against Defendant Norick Janian. Any party may file a response to Plaintiffs' Motion no later than December 13, 2011. A hearing on Plaintiffs' Motion is scheduled for January 3, 2012 at 9:00 a.m. The Court will notify the parties if a hearing is not necessary.

**IT IS SO ORDERED.**

Dated: December 1, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge