1  Thomas Marc Litton (SBN 119985)
   tlitton@swhlegal.com
2  **SANFORD WITTELS & HEISLER, LLP**
3  555 Montgomery Street, Suite 820
   San Francisco, CA 94111
4  Telephone:  (415) 391-6900
   Facsimile:  (415) 421-4784
5
6  Steven L. Wittels (*pro hac vice*)
   swittels@swhlegal.com
7  **SANFORD WITTELS & HEISLER, LLP**
   1350 Avenue of the Americas, 31st Floor
8  New York, NY 10022
9  Telephone: (646) 723-2947
   Facsimile: (646) 723-2948
10
   *Attorneys for Plaintiffs*
11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE GEORGE, as Administrator and Personal Representative of THE ESTATE OF RYAN GEORGE; VALERIE GEORGE and/or TAJMAH BEAUCHAMP, as Legal Representative(s) for [REDACTED]; VALERIE GEORGE, Individually; DONALD GEORGE; and TAJMAH BEAUCHAMP, Individually, <br><br>                    **Plaintiffs,** <br><br>     vs. <br><br> SONOMA COUNTY SHERIFF'S DEPARTMENT; BILL COGBILL; COUNTY OF SONOMA; CALIFORNIA FORENSIC MEDICAL GROUP, INC; JAMES LUDERS, M.D.; MICHAEL E. DAGEY, R.N.; SUTTER HEALTH; SUTTER MEDICAL CENTER OF SANTA ROSA; EDWARD W. HARD, M.D.; RICHARD FLINDERS, M.D.; JOSEPH N. MATEL, M.D.; and NORICK JANIAN, M.D.; <br><br>                    **Defendants.** | **CASE NO. C-08-02675 EDL** <br><br> **[PROPOSED] ORDER AUTHORIZING COMPROMISE OF MINORS' CLAIMS AGAINST SUTTER DEFENDANTS** |

1

This Court having heard and considered Plaintiffs' motions for approval of the compromise of the minor Plaintiffs' claims against Defendant Sutter Medical Center of Santa Rosa. (hereafter "Settling Defendant"),

IT IS HEREBY ORDERED THAT the minors' compromise with the settling Defendant is approved. The Court approves the total settlement amount of $225,000 and the disbursal of funds as described below:

a. $22,500 shall be paid to Valerie George, as custodian for [REDACTED] under the California Uniform Transfer to Minors Act;

b. $22,500 shall be paid to Valerie George, as custodian for [REDACTED] under the California Uniform Transfer to Minors Act;

c. $20,000 shall be paid to Plaintiff Valerie George, individually;

d. $20,000 shall be paid to Plaintiff Donald George, individually; and,

e. $100,000 shall be paid to reimburse Plaintiffs' attorneys Sanford Wittels & Heisler, LLP ("SWH") for litigation costs and expenses.

f. $40,000 shall be paid to Sanford Wittels & Heisler, LLP as a reasonable attorney's fee.

SO ORDERED:

Dated: ___December 15___, 2011

_____
Elizabeth Laporte
United States Magistrate Judge

2