1  BARRY VOGEL, STATE BAR NO. 108640
   bvogel@ljdfa.com
2  CAMERON WHITEHEAD, STATE BAR NO.
3  150680
   cwhitehead@ljdfa.com
4  **LA FOLLETTE, JOHNSON,**
5  **DE HAAS, FESLER & AMES**
   655 University Avenue, Suite 119
6  Sacramento, California 95825
   Phone:           (916) 563-3100
7  Facsimile:    (916) 565-3704
8
   Attorneys for Defendants
9  SUTTER HEALTH and SUTTER MEDICAL
10 CENTER OF SANTA ROSA

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14 | Defendants JOSEPH N. MATEL, M.D. and RICHARD FLINDERS, M.D.UCHAMP, Individually, | CASE NO.: 3:08-CV-02675-EDL
15 | | Hon. Elizabeth D. Laporte
16 |        Plaintiffs, | **STIPULATION RE DETERMINATION OF GOOD FAITH SETTLEMENT;**
17 | v. | **[Proposed] ORDER**
18 | SONOMA COUNTY SHERIFF'S DEPARTMENT, et al. |
19 |        Defendants. |
20

21      IT IS HEREBY STIPULATED by the parties, by and through their counsel of record,
22 that:
23      1)    Defendants JOSEPH N. MATEL, M.D. and RICHARD FLINDERS,
24 M.D.CHAMP have entered into a confidential settlement with the Plaintiffs.
25      2) Similarly, defendants, SUTTER HEALTH and SUTTER MEDICAL CENTER OF
26 SANTA ROSA have entered into a separate confidential settlement with Plaintiffs.
27      3)    All parties identified above stipulate to the good faith of the each settlement.
28      4)    All parties agree that the terms of the settlement reached between Defendants

JOSEPH N. MATEL, M.D. and RICHARD FLINDERS, M.D. and Plaintiffs and the settlement between Defendants SUTTER HEALTH and SUTTER MEDICAL CENTER OF SANTA ROSA and Plaintiffs will remain confidential, except as required by law.

5) If any party should seek to invalidate this good faith settlement, seek indemnification, or otherwise challenge the good faith nature of the settlement, that party shall be liable for the attorneys' fees and costs associated with enforcing the good faith settlement of the above-captioned matter; and

6) That this stipulation may be signed in counterparts and via facsimile.

DATED: 5/4, 2012

LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

By: _____
Cameron J. Whitehead, SBN 150680
Attorneys for Defendant,
SUTTER HEALTH and SUTTER MEDICAL CENTER OF SANTA ROSA

DATED: 4-25, 2012

HASSARD BONINGTON LLP

By: _____
Marc N. Zimmerman, SBN 100521
Attorney for Defendants JOSEPH N. MATEL, M.D. and RICHARD FLINDERS FLINDERS, M.D.

**ORDER**

2
STIPULATION RE DETERMINATION OF GOOD FAITH SETTLEMENT; [PROPOSED] ORDER

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, the court hereby orders:

1) The settlement between Defendants JOSEPH N. MATEL, M.D. and RICHARD FLINDERS, M.D. and defendants SUTTER HEALTH and SUTTER MEDICAL CENTER OF SANTA ROSA is in good faith within the meaning of the Code of Civil Procedure sections 877 and 877.6 and shall have the effect under the law as provided by those sections;

2) If any party should seek to invalidate this good faith settlement, seek indemnification, or otherwise challenge the good faith nature of the settlement, that party shall be liable for the attorneys' fees and costs associated with enforcing the good faith settlement of the above-captioned matter.

DATED:_____, 2012

_____
Judge, United States District Court
Northern California

STIPULATION RE DETERMINATION OF GOOD FAITH SETTLEMENT; [PROPOSED] ORDER